1    BRIAN J. STRETCH (CABN 163973)
     United States Attorney
2
     DAVID R. CALLAWAY (CABN 121782)
3    Chief, Criminal Division

4    JEFFREY D. NEDROW (CABN 161299)
     Assistant United States Attorney
5
     DANIEL REICHERT
6    Law Clerk

7        150 Almaden Boulevard, Suite 900
         San Jose, California 95113
8        Telephone: (408) 535-5045
         FAX: (408) 535-5066
9        Jeff.nedrow@usdoj.gov

10   Attorneys for United States of America

11                         UNITED STATES DISTRICT COURT

12                       NORTHERN DISTRICT OF CALIFORNIA

13                               SAN JOSE DIVISION

14

15   UNITED STATES OF AMERICA,              )   NO. CR: 16-70836-MAG (HRL)
                                            )
16            Plaintiff,                    )   UNITED STATES' MOTION FOR DETENTION
                                            )   AS A FLIGHT RISK AND ECONOMIC DANGER
17        v.                                )   TO THE COMMUNITY
                                            )
18   FRITZ KRAMER,                          )
                                            )
19            Defendant.                    )
     _____    )
20

21              I.        **INTRODUCTION**

22           The United States hereby moves for the pretrial detention of Fritz Kramer as a flight risk and as

23   an economic danger to the community.  Kramer should be detained because no combination of

24   conditions will reasonably guarantee his appearances at subsequent court appearances in this case.  He

25   has resided overseas for years, has no established, stable connections to the United States, and has

26   plainly engaged in a pattern of conduct in which he uses false documents, efforts to anonymize his e-

27   mail traffic, and evasive personal habits in a manner which demonstrate that he is a flight risk.  Kramer

28   also presents an ongoing economic danger to the community.  He is a person who has repeatedly

     MOTION FOR DETENTION
     CR 16-70836-MAG (HRL)

pressured vulnerable, elderly individuals to contribute large sums of money to a fraudulent "gold and diamond" export scheme, causing dozens of individuals to lose a total sum of money in the millions of dollars.  His ongoing execution of the fraud has caused great economic damage to some of these individuals and collectively caused significant economic harm to the community.

The government will respectfully request the opportunity for some of these victims to be heard at the July 12 detention hearing in this case.  The totality of the facts and circumstances demonstrate that Kramer is a flight risk and an economic danger to the community, and no combination of conditions will serve to reasonably ensure that he will make his court appearances and prevent him from continuing to perpetrate the fraudulent scheme in this case.  The government accordingly respectfully requests that the Court order that Kramer be detained without bail pending trial in this case.

## II.      THE COMPLAINT

The Hon. Nathanael Cousins signed a complaint for Kramer's arrest on July 6, 2016.  A copy of the complaint is attached as Exhibit 1.  The government herein briefly summarizes the underlying facts.

Beginning in approximately December 2008, Kramer began contacting investors through e-mail and telephone regarding an investment opportunity in what he described as an African gold and diamond direct-export project.  Several of the prospective investors contacted by Kramer reside in Santa Clara County and elsewhere in the Northern District of California, and many of the investors were elderly. Kramer holds a current Swiss passport and an expired United States passport, and appears to be operating the scheme from outside the United States.  In e-mails to investors, Kramer described the investment opportunity as a philanthropic endeavor whereby investment monies would be used to fund a direct export channel for gold and diamonds from mines in Africa.  One feature of the proposed project was to have the gold and diamonds exported directly in an effort to cut out corrupt middle men.  Kramer claimed that by cutting out the middle men, poverty-stricken African miners would reap higher profits from their labor in the mines, and investors would earn a higher return on their investment.  Kramer claimed that investors could earn up to 10 times their investment in as short a time frame as one month. Kramer characterized the export project as a short-term investment; however, over the years, Kramer

1  also repeatedly told investors that unexpected events had arisen that required the ongoing investment of

2  investor funds to realize a return on the investment.  Over the years, Kramer cited, at one time or

3  another, the following reasons for delays and the need for additional money from investors as a

4  prerequisite to the success of the export project: (1) the need to pay for multiple surgeries for the mining

5  engineer central to the project, including brain and liver surgeries; (2) the loss of $80,000 in investor

6  cash which was incinerated in a car accident; (3) a lawyer's role in seizing $95,000 cash in order to

7  address Kramer's unpaid legal bills; (4) the need to bribe corrupt government officials in Africa; (5) the

8  need to renew expired documents and certifications; (6) the need to pay for insurance; (7) the need to

9  pay additional storage and shipping costs; (8) additional loan payments; and (9) taxes.

10         Kramer has solicited funds from investors using telephone, Skype, and e-mail, often employing

11  high-pressure tactics to keep the investors investing more and more money.  Kramer also has pushed

12  investors to pressure each other or to recruit friends and family for additional investments in the project.

13  To date, the investigation has identified approximately 40 investors as victims of the scheme.  These

14  victims have reportedly invested a total of approximately $11 million in Kramer's project.  None of the

15  victims, to date, have received a return on their investment in the project.

16         Kramer sent numerous e-mails to investors in which he encouraged, and pressured, them to

17  invest in the scheme, as outlined in Exhibit 1.  He often attached documents to these e-mails in an effort

18  to demonstrate the legitimacy of the scheme.  To date, the government has been able to determine that at

19  least 11 of those documents are fake documents.

20         On February 2, 2016, the General Secretary, Ministry of Mines for the Democratic Republic of

21  Congo ("DRC"), identified as General Secretary Kasanda, reviewed 10 documents Kramer provided to

22  investors as part of his efforts to convince people to invest in the project.  Two of these documents were

23  the "Manifest Raw Diamonds – First and Last Page" and "Invoice" which were e-mailed to an FBI

24  undercover agent posing as an investor.  The General Secretary is familiar with documents used in the

25  mining industry in the DRC.  The General Secretary stated that the ten documents were fake documents.

26         In his communications with investors, Kramer referenced "Kimberley" certificates and the

27  Kimberley certification process as a way to lend credibility to the project.  The Kimberley certification

28  process is the procedure within the diamond industry established to prevent "conflict diamonds" from

1    entering the mainstream rough diamond market.  Kramer repeatedly misspelled Kimberley as

2    "Kimberly" when referencing this process in e-mail correspondence with investors.  A purported

3    Kimberley certificate associated with Kramer's project also incorrectly spelled the word Kimberley as

4    "Kimberly."  An investor provided the FBI with a copy of a Kimberley certificate sent by Kramer from

5    the e-mail account of f.kramer80439@gmail.com on August 25, 2011.  A U.S. Government employee

6    familiar with the Kimberley process and Kimberley certificates reviewed Kramer's "Kimberly"

7    certificate, and determined that it appeared to be fake.  The employee's determination that the Kramer-

8    provided certificate was based upon the misspelling of the word Kimberley and a side-by-side

9    comparison of Kramer's certificate to a known, legitimate DRC Kimberley certificate.

10         On July 6, 2016, Kramer met with an undercover agent who was playing the role of an investor.

11   Kramer encouraged the agent/investor to invest significant sums in the scheme in an in-person meeting,

12   which was recorded.  Kramer was subsequently arrested, and provided a Mirandized statement.  Kramer

13   confirmed that he was the person in charge of the investment scheme and continued to insist on its

14   authenticity.

15                    **III.     ARGUMENT**

16        **A.    Kramer Should Be Detained as a Flight Risk and Economic Danger**

17                 1.    Applicable Legal Standards

18        Pretrial detention is proper when "no condition or combination of conditions will reasonably

19   assure the appearance of the person as required and the safety of any other person and the community. . .

20   ." 18 U.S.C. 3142 § (e)(1). The court must consider four factors: (1) the nature and seriousness of the

21   offense charged; (2) the weight of the evidence against the defendant; (3) the defendant's character,

22   physical and mental condition, family and community ties, past conduct, history relating to drug and

23   alcohol abuse, and criminal history; and (4) the nature and seriousness of the danger to any person or the

24   community that would be posed by the defendant's release.  United States v. Gebro, 948 F.2d 1118,

25   1121 (9th Cir. 1991) (citing 18 U.S.C.§ 3142 (g)). The government must show "by clear and convincing

26   evidence that the defendant poses a danger to the community."  United States v. Gebro, 948 F.2d 1118,

27   1121 (9th Cir. 1991) (citing United States v. Motamedi, 767 F.2d 1403, 1406-07 (9th Cir. 1985)).  The

28   Ninth Circuit has held that the government must establish the risk of non-appearance by a

1    preponderance of the evidence.  See <u>Motamedi</u>, 767 F.2d 1403, 1407 (9th Cir. 1985).  A finding that a

2    defendant is a danger to any other person or the community must be supported by "clear and convincing

3    evidence." 18 U.S.C. § 3142(f)(2)(B).

4         Danger to the community "may, at least in some cases, encompass pecuniary or economic

5    harm." <u>United States v. Reynolds</u>, 956 F.2d 192, 192 (9th Cir. 1992) (affirming district court's denial

6    motion for bail pending appeal where defendant was convicted of mail fraud and witness tampering).

7    Courts also recognize economic danger in the pretrial context.  See <u>United States v. Szilagi</u>, No. CR-13-

8    0116-PHX-DGC, 2016 WL 795829 at *6 (D. Ariz. Mar. 1, 2016) (considering defendant's economic

9    danger against the publicity surrounding her actions); <u>United States v. Madoff</u>, 586 F. Supp. 2d 240, 253

10   (S.D.N.Y. 2009) ("[T]here is jurisprudence to support the consideration of economic harm in the context

11   of detention to protect the safety of the community."); <u>United States v. Gentry</u>, 455 F. Supp 2d 1018,

12   1032 (D. Ariz. 2006) (considering defendant's economic danger against his criminal history).

13        Economic harm poses a danger to the community "where there is a showing that defendant's

14   fraudulent activity is ongoing or defendant has a propensity to continue fraudulent activities." <u>United</u>

15   <u>States v. Cohen,</u> No. C 10-00547 SI, 2010 WL 5387757 at *9 (N.D. Cal. Dec. 20, 2010) (denying

16   renewed motion to vacate detention order where the defendant was charged with fraud). The Cohen

17   court found economic danger "because of the seriousness of the allegations in the indictment and the

18   lack of evidence showing that Mr. Cohen has legitimately earned substantial income over the past

19   decade or has substantial prospects of immediate, legitimate business income in the future." <u>Id</u>. at 10. It

20   was not dispositive that the defendant "was not arrested on a crime of violence and [d]id not have a

21   criminal record." <u>Id</u>. at 9.

22              2.    Flight Risk

23        The totality of the circumstances weighs against bail in this case.  Kramer was born in

24   Switzerland, and it is the government's understanding that he has resided outside of the United States for

25   a number of years, and had in fact not been in the United States since 2010 until he arrived last

26   Wednesday, July 6.  While he has had a U.S. passport in the past, it is currently expired.  Kramer does

27   not have significant or stable ties to Bay Area community.  The government is unaware of any indication

28   that Kramer maintains a stable job or residence.

Facts developed in this investigation demonstrate that Kramer has pursued an elusive, evasive lifestyle throughout the course of his fraudulent conduct.  Kramer told agents he uses an anonymizing website tool to conceal his ISP address from inquiring investors.  According to one victim, Kramer would duck out from hotels where he was staying without paying bills.  Another victim statement indicated that Kramer would typically refuse to disclose his residency or his bank account information when victims made inquiry about his dealings.  Kramer was also dishonest with the FBI during Mirandized statements which he provided following his arrest.  Kramer insisted, for example, that certain documents which the government has confirmed are fakes were authentic.  Kramer was also charged with fraud in Switzerland in 2013, though those charges did not result in a conviction.  These facts, along with the nature of the alleged offense, combine to strongly suggest that Kramer is not a person who can be trusted to appear at further court proceedings if released.

3.      Economic Danger

Kramer should be separately detained as an economic danger to the community.  The evidence in this case demonstrates that Kramer relentlessly badgered and pressured investors to continue to send him money, even after they displayed reluctance.  This community of investors, and the community at large, will continue to be at risk from Kramer's aggressive, hectoring tactics if Kramer is released.  Attached as Exhibit 2 to this filing is a transcript of a Skype conversation between Kramer and a victim, Hunter "Herb" Goodrich, which features Kramer continuing to press the investor to give as much money as possible.  Following is a limited excerpt from that transcript:

Kramer:       The deadlines are deadly now.

Kramer:       Herb, tell me that we are going to make it.

Goodrich:     Call—no answer.

Goodrich:     Call—no answer.

Goodrich:     Call no answer.

Kramer:       Give me a word of positive news.  Is Stephen/your friend coming through?  Tell me that we are going to make it.

Goodrich:     No positive news.

Kramer:       what are the prospectds Herb<?

| | | |
|---|---|---|
| 1 | <u>Kramer</u>: | Is Stephen gonna come though? |
| 2 | <u>Kramer</u>: | Herb, is there a way to force it . . . we have to get it.  It is our lives and that of |
| 3 | | many. |
| 4 | <u>Kramer</u>: | What are your next steps? |
| 5 | <u>Kramer</u>: | I am losing it.  Herb, make it come through!!!! |
| 6 | <u>Kramer</u>: | at least that: is there hope?????????????? |
| 7 | <u>Kramer</u>: | Herb, DO WHATEVER IT TAKES…WHATEVER IT TAKES…DO WHAT IT |
| 8 | TAKES…MAKE IT HAPPEN…ITS IN YOUR HANDS.  WHATEVER IT TAKES.  MAKE IT | |
| 9 | HAPPEN. | |
| 10 | <u>Kramer</u>: | Just do it. |
| 11 | <u>Kramer</u>: | Can you present it as a personal emergency of the highest order—which it is— |
| 12 | and get a friend to do it . . .even if you break some rule…its better to try than to let everything perish | |
| 13 | now. | |
| 14 | <u>Goodrich</u>: | Call—no answer. |
| 15 | <u>Kramer</u>: | HERB, DONT GIVE UP.  DO WHATEVER IT TAKES.  FORCE IT IF YOU |
| 16 | CAN…WHATEVER THAT MEANS.  DO IT . . . TO IT.  I WILL HOLD OFF CALLING JEAN | |
| 17 | PAUL ANDWAYNE.  WE MUST IT DONE WE MUST GET IT DONE.  WE MUS GET IT DONE. | |
| 18 | <u>Kramer</u>: | Even if the money only goes out in early morning…yes it would be aproblem but |
| 19 | still, better than be dead.  we must get it done.  please do not give up.  it is 5pm now . . . fight fight figt | |
| 20 | fight. | |

<u>Exhibit 2</u>, p. 20.   The above excerpt is but one of many instances of Kramer bullying and hectoring an investor into giving money to the scheme.  The excerpt incorporates several of Kramer's techniques within just a few lines.  Kramer encourages the investor to "force" the issue, to pressure a friend, and to "break the rules" to provide the money, if necessary.  The intensity and persistence displayed by Kramer in Exhibits 1 and 2, and as highlighted in the above excerpt, demonstrate Kramer will continue to be an economic danger to the community if he is released.

Kramer should also be detained as an economic danger for the separate reason that he has already inflicted grave economic harm on many of these individuals, and there is no reason to think that

1   he will refrain from continuing to do so if released, particularly in light of the zeal reflected in the

2   excerpt.  Attached as Exhibits 3 through 6 are statements of victims outlining the economic damage they

3   have sustained as a result of giving their funds to Kramer.  The government also anticipates several other

4   victims appearing at the detention hearing in this case, and respectfully requests that the Court provide

5   those victims with the opportunity to be heard as well.

6   **IV.      <u>CONCLUSION</u>**

7        For all of the above-described reasons, the United States requests that the Court find Kramer is a

8   flight risk and an economic danger to the community, and order him held without bail pending further

9   proceedings in this case.

10

11   DATED: July 11, 2016             Respectfully submitted,

12  BRIAN J. STRETCH
    United States Attorney

13         /s/

14  JEFFREY D. NEDROW
    Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR DETENTION     8
CR 16-70836-MAG (HRL)

EXHIBIT 1





AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| FRITZ KRAMER, | ) Case No. |
| | ) **16 70836 MAG** |
| | ) Under Seal |
| | ) |
| *Defendant(s)* | |

*FILED*

*JUL 06 2016*

SUSAN Y. SOONG
CLERK, U.S. DIST. COURT
NORTHERN DIST. OF CALIFORNIA
SAN JOSE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 2008--present date_____ in the county of _____Santa Clara_____ in the

_____Northern_____ District of _____California_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count One:18 U.S.C. Section 1343 | Wire Fraud |
| Count Two:18 U.S.C. Section 1348 | Commodities Fraud |
| | PENALTIES:<br>18 U.S.C. Section 1343: 20 years imprisonment, $250,000 fine, up to three years supervised release, $100 special assessment fee<br>18 U.S.C. Section 1348: 25 years imprisonment, $250,000 fine, up to three years supervised release |

This criminal complaint is based on these facts:

Please see attached affidavit.
NO BAIL ARREST WARRANT REQUESTED

UNDER SEAL

Approved as to form: Jeff Nedrow, AUSA _____

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Mark Matulich
*Printed name and title*

Sworn to before me and signed in my presence.

No bail arrest warrant authorized.

Date: _____7/6/2016_____ 9:45 a.m

_____
*Judge's signature*

City and state: _____San Jose, CA_____ Hon. Nathanael Cousins, U.S. Magistrate Judge
*Printed name and title*

## COMPLAINT PRESENTED IN SUPPORT FOR AN ARREST WARRANT

I, Mark R. Matulich, a Special Agent of the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      This complaint is presented in support of an application for an arrest warrant for Fritz Kramer ("Kramer").

2.      As set forth herein, there is probable cause to believe that Kramer has engaged in an ongoing scheme to defraud individuals residing in the Northern District of California and elsewhere pursuant to an ongoing investment fraud scheme in violation of Title 18, United States Code, Section 1343, Wire Fraud and Title 18, United States Code, Section 1348, Commodities Fraud.

3.      The contents of this affidavit are based upon my personal knowledge, information provided to me by Special Agents and other employees of the FBI, and percipient witnesses, as well as my experience and background as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of securing a warrant and order, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that violations of United States laws occurred.

4.      I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

5.      I am a Special Agent with the FBI, and have been so employed since July 2010.  I

1

was previously assigned to the San Francisco Division, Oakland Resident Agency where I was responsible for conducting investigations of a variety of domestic terrorism matters to include violations of weapons and explosives charges, white collar crime offenses, threats to federal officials, and fugitive recovery. Since October 2014, I have been assigned to the San Francisco Division, San Jose Resident Agency where I am assigned to investigate complex financial crimes, including bankruptcy fraud, investment fraud, mortgage fraud, commodities fraud, money laundering, and corporate fraud.

6.    I have training in sophisticated investigative techniques, the operation and handling of FBI informants, and interviewing subjects and witnesses involved in the offenses described herein. I have become knowledgeable in regard to the methods and modes utilized by persons who are engaging in a wide variety of criminal activity that constitutes violations of federal laws. My training and experience includes the preparation and execution of arrest and search warrants.

## APPLICABLE LAW

7.    18 U.S.C. § 1343 (Wire Fraud) states, in part, that whoever having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both.

8.    18 U.S.C. § 1348 (Securities and Commodities Fraud) states, in part, that whoever knowingly executes, or attempts to execute, a scheme or artifice – (1) to defraud any person in connection with any commodity for future delivery, or any option on a commodity for future

2

delivery, or any security of an issue with a class of securities registered under section 12 of the

Securities Exchange Act of 1934 (15 U.S.C. 781) or that is required to file reports under section

15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 780 (d)); or (2) to obtain, by means of

false or fraudulent pretenses, representations, or promises, any money or property in connection

with the purchase or sale of any commodity for future delivery, or any option on a commodity

for future delivery, or any security of an issue with a class of securities registered under section

12 of the Securities Exchange Act of 1934 (15 U.S.C. 781) or that is required to file reports

under section 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 780 (d)); shall be fined

under this title, or imprisoned not more than 25 years, or both.

## OVERVIEW OF SCHEME TO DEFRAUD

9.     Beginning in approximately December 2008, Kramer began contacting investors

through e-mail and telephone regarding an investment opportunity in an African gold and

diamond direct-export project. Several of the prospective investors contacted by Kramer resided

in Santa Clara County and elsewhere in the Northern District of California, and many of the

investors were elderly. Kramer holds a current Swiss passport and an expired United States

passport, and appears to be operating the scheme from outside the United States. In e-mails to

investors, Kramer described the investment opportunity as a philanthropic endeavor whereby

investment monies would be used to fund a direct export channel for gold and diamonds from

mines in Africa. One feature of the proposed project was to have the gold and diamonds

exported directly in an effort to cut out corrupt middle men. Kramer claimed that by cutting out

the middle men, poverty-stricken African miners would reap higher profits from their labor in

the mines, and investors would earn a higher return on their investment. Kramer claimed that

investors could earn up to 10 times their investment. Kramer characterized the export project as

a short-term investment; however, over the years, Kramer also repeatedly told investors that unexpected events had arisen that required the ongoing investment of investor funds to realize a return on the investment. Over the years, Kramer cited, at one time or another, the following reasons for delays and the need for additional money from investors as a prerequisite to the success of the export project: (1) the need to pay for multiple surgeries for Mukeune, the mining engineer central to the project, including brain and liver surgeries; (2) the loss of $80,000 in investor cash which was incinerated in a car accident; (3) a lawyer's role in seizing $95,000 cash in order to address Kramer's unpaid legal bills; (4) the need to bribe corrupt government officials in Africa; (5) the need to renew expired documents and certifications; (6) the need to pay for insurance; (7) the need to pay additional storage and shipping costs; (8) additional loan payments; and (9) taxes.

10.     Kramer has solicited funds from investors using telephone, Skype, and e-mail, often employing high-pressure tactics to keep the investors investing more and more money. Kramer also has pushed investors to pressure each other or to recruit friends and family for additional investments in the project. To date, the investigation has identified approximately 40 investors as victims of the scheme, several of whom reside in the Santa Clara County area and elsewhere in the Northern District of California. Many of the victims are elderly. According to information provided by victim investors, as many as 40 victims have reportedly invested a total of approximately $11 million in Kramer's project. None of the victims, to date, have received a return on their investment in the project.

11.     Another individual who sent e-mails as a part of the scheme identified himself as Jean Paul Mukeune, and alternatively as Jean Paul Mukendi. Mukeune claimed to be a mining engineer associated with the project. Investors corresponded with a male claiming to be

4

Mukeune via telephone and e-mail. Mukeune used the e-mail address of mukendijp@outlook.com. Mukeune spoke broken English, and stated that French was his primary language. Mukeune also raised money from investors for or related to the project. Mukeune e-mailed investors thanking them for their financial support of the project. Kramer and Mukeune both sent e-mails indicating that Mukeune suffered from a variety of serious health conditions, and requesting that investors send money to assist in the payment of Mukeune's medical bills.

12.     Throughout the course of the scheme, Kramer has provided investors with a variety of documents, many of which he represented as official correspondence he received from government agencies, organizations and private companies in Africa and elsewhere. These documents appear to have been used to reassure investors that the gold and diamond export opportunity was legitimate, and to provide a basis for Kramer's ongoing requests for additional investments in the program.

13.     In September 2015, Kramer sent e-mails from f.kramer80439@gmail.com to an FBI agent acting in an undercover capacity in the role of a potential investor ("UCE-1"). One of these e-mails contained a document referred to as "Manifest Raw Diamonds – First Page" and "Manifest Raw Diamonds – Last Page." Another of these e-mails contained a document referred to as "Invoice." Kramer presented these documents to UCE-1 as proof that the gold and diamonds underlying the project were real, and that the investment was legitimate. Kramer used these documents as part of his efforts to solicit funds from UCE-1 for the project.

14.     On February 2, 2016, the General Secretary, Ministry of Mines for the Democratic Republic of Congo ("DRC"), identified as General Secretary Kasanda, reviewed 10 documents Kramer provided to investors as part of his efforts to convince people to invest in the

project. Two of these documents were the "Manifest Raw Diamonds – First and Last Page" and "Invoice" which were e-mailed to UCE-1, as described in the preceding paragraph. The General Secretary is familiar with documents used in the mining industry in the DRC. The General Secretary stated that the documents were fake documents.

15. In his communications with investors, Kramer referenced "Kimberley" certificates and the Kimberley certification process as a way to lend credibility to the project. The Kimberley certification process is the procedure within the diamond industry established to prevent "conflict diamonds" from entering the mainstream rough diamond market. Kramer repeatedly misspelled Kimberley as "Kimberly" when referencing this process in e-mail correspondence with investors. A purported Kimberley certificate associated with Kramer's project also incorrectly spelled the word Kimberley as "Kimberly." An investor provided the FBI with a copy of a Kimberley certificate sent by Kramer from the e-mail account of f.kramer80439@gmail.com on August 25, 2011. A U.S. Government employee familiar with the Kimberley process and Kimberley certificates reviewed Kramer's "Kimberly" certificate, and determined that it appeared to be fake. The employee's determination that the Kramer-provided certificate was based upon the misspelling of the word Kimberley and a side-by-side comparison of Kramer's certificate to a known, legitimate DRC Kimberley certificate.

16. Kramer claimed he had control over three primary shipments of gold and diamonds, and referred to these shipments, respectively, as "Big One," "30kg," and "25kg." The "Big One" allegedly consisted of 688kg of gold. Kramer also claimed he had control of over 47,000 karats of diamonds.

17. Kramer claimed Mukeune, the mining engineer, was vital to the project, and requested money from investors to fund medical procedures for Mukeune, including brain

surgery and liver/gastrointestinal surgery. Kramer claimed the shipments of gold and diamonds underlying the investments could be lost without Mukeune.

18.      Kramer pressured investors to recruit their family and friends to invest in the project. Kramer encouraged investors to pool money in certain other investors' accounts who would then transfer the funds as instructed by Kramer. Kramer instructed investors to send money via Western Union and MoneyGram, and to split transactions into dollar amounts that would avoid transaction reporting requirements.

19.      To date, according to Kramer, all of the shipments of gold and diamonds that the project is predicated upon are still held up in various locations for various reasons. Kramer continues to actively solicit investors via telephone, Skype and e-mail for funds related to his project, and has requested additional funds from investors as recently as July 2016.

## EXCERPTS FROM E-MAILS BETWEEN TARGET E-MAIL ACCOUNTS AND INVESTORS[1]

20.      Kramer has primarily used the e-mail account of f.kramer80439@gmail.com to send e-mails to investors in connection with the scheme. However, as noted below, on occasion Kramer has also used the e-mail accounts identified by the e-mail addresses of jiffydoo@gmail.com and remark1000@gmail.com to e-mail investors. The scheme participant identifying himself as Jean Paul Mukeune has primarily used the e-mail account of mukendijp@outlook.com to e-mail investors. Pertinent excerpts of e-mails from all four target accounts to investors are highlighted in the following paragraphs.

21.      On June 6, 2014, a person identifying himself as Kramer sent an e-mail from the jiffydoo@gmail.com account to an investor in which he wrote: "Insurance for the 25kg is

---

[1] Typos and misspellings were not corrected from the actual e-mails cited.

7

$15,000, covering the minimum period available: 3 months has been issued now in Congo. The mine has already paid its contribution of $5000. As soon as we pay the difference of $10,000, we can fly. As you will understand, there is tremendous urgency to fly this shipment out, as we have run out of time for payment towards the Big One." Subsequently, in the same e-mail, the e-mail stated: "Please let me urge you to participate in the payment of the policy. DUE TO THE URGENCY, PLEASE LET ME PRESENT THIS ADDITIONAL INCENTIVE: for any $1000 that you can help with by tomorrow Saturday, you will get a fur-fold amount directly out of the sales of the 25kg, i.e., within 10 days of arrival. Please send your insurance money directly to Dennis Wong so that he may send out the money tomorrow Saturday evening, so that we have a chance to fly the 25kg on Monday. Thank you. Fritz"

22. On August 12, 2014, a person identifying himself as Kramer sent an e-mail from the jiffydoo@gmail.com account to an investor in which he wrote: "the 30kg are with customs in Lusaka, ready to be shipped to Zurich, Switzerland. Insurance has been purchased, and all documents in place EXCEPT for the new Metals Certificate which has a cost of $4000. Chisebu Rodgers is trying to come up with $1000 towards this amount, leaving $3000 to be paid. Because we did not have $4000 in cash, we could not put the 30kg on the flight today. However, the next available direct flight to Europe is on Thursday. The fact that we did not count on the need for this is now creating immense pressure, because we need cash from the sale of the 30kg with greatest urgency."

23. On September 24, 2014, a person identifying himself as Kramer sent an e-mail from the remark1000@gmail.com account to an investor in which he wrote: "You mentioned that the "old" contact/friend does not want to speak with me, yet that I should speak with him? And I understood you saying that he would not have confidence an Airr Waybill. So if he is not

8

available, is that it? Or did I miss something? Did you also refer to him when saying that "he" is not reachable until Thursday? I guess we would need to have $15000 to end Thursday, tomorrow (at least that is what JP reinforced with me today)."

24. On December 18, 2014, a person identifying himself as Kramer sent an e-mail from the jiffydoo@gmail.com account to an investor in which he wrote: "The insurance, the two shipping agencies involved, customs in Hong Kong, and of course customs in Malta, AND custms in Switzerland are now in communicatin with us at a furius pace. We have but hours to produce prf of tax payment in Zimbabwe. (We do not have the money, and even if we had it, it would be impossible to have it in Zimbabwe within the same day ---- money has to be paid in cash).

25. On December 19, 2014, a person identifying himself as Kramer sent an e-mail from the jiffydoo@gmail.com account to an investor in which he wrote: "The 30kg have a wild past: been to Zambia (4 times), South Africa (thre times), Tanzania (2 times), Ethiopia – been stolen and returned two times, detained at border crossings innumerable times.. and that is just the start, having been under the care of five shipping agents. To make it clear once more: Zimbabwe, where the bars were made and where the export documentation was issued, has a pending tax bill of $48,000. This bill has never been paid, and we verified this with the ministry, including the minister himself. It is the sta dard, uniform tax that is being levied. There is zero corruption involved, and I wouldn't even think about trying to influence things there. We need to pay that tax bill."

26. On December 19, 2014, a person identifying himself as Kramer sent an e-mail from the jiffydoo@gmail.com to an investor in which he wrote: "The Zimbabwean minerals tax of $48,000 has not been paid. Unfortunately, the agent in charge at the time when the tax was

levied did not inform us of it. Now that apparently he says he paid for it and has the receipt, I have spoken personally and directly with the Minister, and he confirms that the payment of this tax is pending, and that non-payment of this tax now will result in the Ministry's recalling the 30kg to Zimbabwe where it will be auctioned off."

27.     On April 7, 2015, a person identifying himself as Kramer sent an e-mail from the f.kramer80439@gmail.com account to an investor in which he wrote: "Jean Paul: Has not fully recovered; has had a relapse, re-entered the hospital for a very short time, but is out now on his own because of lack of resources for hospital care. Big One: We barely survived the deadline late last week through a transaction that gives us life until Friday this week. The very minimum that is needed is $35,000 – however a much bigger amount is needed to be out of the woods."

28.     On May 1, 2015, a person identifying himself as Mukeune sent an e-mail from the mukendijp@outlook.com account to an investor in which he wrote: "Thanks for helping me with money for surgeries may GOD bless you and reward for jobs done…"

29.     On July 23, 2015, a person identifying himself as Kramer sent an e-mail from the f.kramer80439@gmail.com account to an investor in which he wrote: "Some 12 hours ago you received notification regarding the 30kg and 25kg parcels that we are about to lose if we cannot get $13,500 together so that the goods can be delivered to us. Of course we are all tired and exhausted, frustrated and broke – and yet, in the face of delays in the shipping of the 30 and 25kg, and major announced investment still not available (see below), we have got to somehow come up with $13,500 by tomorrow Monday so that we can have in hands the proceeds from the sale of this gold, i.e. $2.0Million. The alternative? = Lose it all."

30.     On August 25, 2015, a person identifying himself as Kramer sent an e-mail from the f.kramer80439@gmail.com account to an investor which contained as an attachment an

10

agreement between the investor and Kramer certifying that in exchange for a short term investment of $15,000 the investor would "be paid $150,000, to be paid out of the proceeds from the monetization of the BigShipment. This payment shall be made within 14 days of the arrival of the Shipment at its destination, and in any case must have been made not later than 21 September 2015."

31.     On August 26, 2015, a person identifying himself as Kramer sent an e-mail from the f.kramer80439@gmail.com account to an investor in which he wrote: "The deadline passed at 1700 hours Wednesday our time. I asked for an extension to this morning. The lumberman will fly to China in a short while. We worked with all our sources until 1700 hours yesterday and we ended up with 85000 Dollars, and needed 15000 to go. So now the other sources are depleted. That means that within one hour I need to confirm to the lumberman that we will have the 15000 dollars on Thursday, and send by Thursday evening. It the must be in the affirmative…that is, it cannot be that I see we will try. ……..I very much hope that you can tell me now to go ahead and confirm for Thursday. And we WILL fly….guaranteed."

32.     On August 27, 2015, a person identifying himself as Kramer sent an e-mail from the f.kramer80439@gmail.com account to an investor in which he wrote: "An extension is not possible. The lumberman will travel within hours. It is really now or never regarding the 50,000 from him. Look, if you are rather sure that you can do it then we need to go forward and say yes…..way too much is at stake!!! Now, if it is so that the money can only be sent on Friday because of the time factor, then I can defend that."

33.     On August 28, 2015, a person identifying himself as Kramer sent an e-mail from the f.kramer80439@gmail.com account to an investor in which he wrote: "Below I will show

again the banking coordinates. Will you do the transfer directly with your bank, or will you work with/through Dennis/Jackie? Here the banking information:

> Mzaking International Transport Ltd
>
> Millenium Business Park, Morogoro Road
>
> Dar Es Salaam, Tanzania
>
> Beneficiary Account: 56030030000618
>
> United Bank for Africa (Tanzania) Limited
>
> Further Reference Information: 'Payment for the supply/transport of diesel fuel'"

34.     On September 18, 2015, a person identifying himself as Kramer sent an e-mail from the f.kramer80439@gmail.com account to an investor in which he wrote: "I am sending this to two parties in California and one in Colorado with an urgent request: As all three of you know from my communication in the past hours and days, we need to pay off a loan from the Treasury that was given us to help pay the tax balance. With the help of other investors we have been able to pay back $16,000 so far (already paid back), but still lack exactly $7,500. We must pay in full by tomorrow noon, or our goods will again come under the control of the Government. I ask you do the utomost you can, PLEASE, and come up with $2500 (or as much as you possibly can if less than $2500). So much depends on it. Please try."

35.     On December 20, 2015, a person identifying himself as Kramer sent an e-mail from the jiffydoo@gmail.com account to an investor in which he wrote: "…it so happens that if all goes according to plan, we should be in a position to sell some goods from a small shipment in the immediate future, i.e., hopefully before Christmas! It is not totally certain yet, but please rest assured that if it comes about now, I will endeavor to send you some good money as part of the very first cash flow."

12

36.     On May 6, 2016, a person identifying himself as Kramer sent an e-mail from the
f.kramer80439@gmail.com account to an investor in which he wrote: "Please see if you can send
5000 dollars! We do have 2000 dollars in hand in Congo….but the operation costs 7000 dollars.
I stand behind every word I said. And you will have 50,000 on 27 May. After all, I have control
over that, completely. The sale is done. And the bank is solid." Later in the same e-mail, the e-
mail stated, "This is the shipment of 30kg. (The other one is 25kg plus 700cf diamonds and that
one is still in Johannesburg. Jean Paul is in the hospital, practically dying. He needs two
operations to safe his life (liver & some other gastroenterolodgy problem). He must have the
operation latest tomorrow morning, or he will be sent out of the hospital." Still later in the same
e-mail, the e-mail stated: "The sale is real, and yes, I sure have participated in all aspects leading
up to the sale. And we did it together, the head of the cargo/logistics company there, and I, and
their lawyer. I can confirm that the sale is real and done, and we are expecting payment at end of
month. I cannot send a copy of the contract for strictly confidentiality reasons. But it is real
alright."

37.     On May 6, 2016, the person identifying himself as Mukeune sent an e-mail from
the mukendijp@outlook.com account to an investor in which he wrote: "Afternoon brother I'm
losing hope now here tomorrow I going out of hospital. The director of this hospital told me if I
don't have money to pay even half. I can go to government hospital were is even worse, people
the the don't have money my girl friend in Lubumbashi she want to borrow the ticket to
Lubumbashi so I can fly there and is near my ancestors village were I go peacefully, than here
diying like a dog. Best regards JP"

38.     On May 6, 2016, the person identifying himself as Kramer sent an e-mail from the
f.kramer80439@gmail.com account in which he provided an investor with the bank account

information of another investor (Cheryl Spetrino, hereinafter "Spetrino") with the following

instructions: "The best solution under the condition is that you please deposit in cash the $5000

Cheryl Spetrino account EARLY SATURDAY MORNING." Bank account information for

Spetrino's Wells Fargo Bank account was provided. The e-mail continued with: "Please do it as

early in the morning as possible, and Cheryl will send the money by about 11 am by

MoneyGram." Spetrino and "mukendijp" were listed on the "cc" line of this e-mail.

39.     On May 7, 2016, a person identifying himself as Kramer sent an e-mail from the

f.kramer80439@gmail.com account to an investor which provided the following banking

information to an investor for the investor to wire transfer funds to pay for Mukeune's hospital

bill:

> Mzaking International Transport Ltd
>
> Millenium Business Park, Morogoro Road
>
> Dar Es Salaam, Tanzania
>
> Beneficiary Account: 56030030000618
>
> United Bank for Africa (Tanzania) Limited
>
> Bank ID: UNAFTZT
>
> "Further Reference Information: 'Payment for transportation services'"

40.     On May 7, 2016, a person identifying himself as Kramer sent an e-mail from the

f.kramer80439@gmail.com account to an investor which provided the following information

regarding MoneyGram to investors for investors to send money to pay for Mukeune's hospital

bill ("mukendijp" was listed on the "cc" line of this e-mail): "It is precisely for these

emergencies that MoneyGram can be of such great help. Short of sending the money by

MoneyGram now, really now, we cannot see any solution, and would face the ultimate

14

consequences for Jean Paul. The situation is truly urgent, and every hour counts. Truly. And I

can truly state that the life of Jean Paul is in your hands at this moment! That is a very hard fact.

About MoneyGram: MoneyGram has become very reasonable and they have changed a lot:

those that were once barred from MoneyGram are fully reinstated and have no problems

whatsoever, especially if the individual transfers are kept below $2000." Subsequently in the

same e-mail, the writer stated: "Under the urgent, truly urgent circumstance that we are living at

this moment, may I please suggest that you, yourself, send three MoneyGrams as follows,

whereby you are the sender, and three employees of Samaila in Tanzania are the receivers, as

follows:

> BAHATI LIMU NTANDU (Tanzania): $1,700.00
>
> SOPHIA S. JOSEPH (Tanzania): $1,700.00
>
> BIBIANA M. TARIMO (Tanzania): $1,600.00

**Please send me the Reference Numbers the very minute that you have them. We are going
to make work! We shall be ok!"**

41.     Kramer e-mailed investors on May 23, 2016, stating Mukeune had to flee a

hospital in the DRC for not paying his hospital bill for a surgery related to his liver and a

gastrointestinal issue. Kramer, using the e-mail account of f.kramer80439@gmail.com asked

investors for money to pay Mukeune's hospital bill, indicating that the "big shipment" of gold

and diamonds the investors were counting on to get their money back would be abandoned

unless the investors provided additional payments.

42.     Kramer's May 23, 2016 e-mail to investors from the e-mail account of

f.kramer80439@gmail.com specifically stated, in part: "No, nothing at all.  Jean is now

preparing to flee the area and the big shipment. We have to abandon it. While he is already on

15

the way out and away, there is one small glimmer of hope: he let it be known that he was going away to collect $5,600 and have it in with them by tomorrow at 10am. But that is not going to happen, because we don't see any source at all at this time. If you can do anything, I mean anything now, we might be able to rescue something. But we are practically lost at this time already. See what and if you can possibly do today."

43.     The same e-mail account, f.kramer80439@gmail.com, had been previously used on May 6, 2016 to forward investors an e-mail from mukendijp@outlook.com, which had also been sent on May 6, 2016. The e-mail from mukendijp@outlook.com described Mukeune's medical situation as dire, and supported Kramer's claims that Mukeune was in the hospital and did not have money to pay his hospital bill.

44. In sum, a person identifying himself as Kramer has used the e-mail accounts f.kramer80439@gmail.com, jiffydoo@gmail.com, and remark1000@gmail.com ("Subject Email Accounts") to solicit individuals to invest in a purported investment opportunity to export gold and diamonds from Africa. Additionally, Kramer used all three of these e-mail accounts to make statements, or send documents, designed to lend credibility to the investment project. Kramer used his e-mail accounts to instruct investors to send funds through other investors, or to split investment funds into multiple small amounts to be sent via Western Union and MoneyGram. Kramer appears to be using high-pressure tactics in his e-mails as a means of encouraging investors to continue to send money. Furthermore, Kramer's e-mailed instructions to investors on the mechanics of how to send the money suggest Kramer's intention to conceal and disguise the nature, location, source, ownership and/or control of the funds, as well as to avoid transaction reporting requirements.

16

## KRAMER'S TRAVEL TO THE NORTHERN DISTRICT OF CALIFORNIA

45. Kramer traveled to the Northern District of California in 2008 and 2010 to meet with an investor at her home.  During these meetings, Kramer explained the project to the investor and solicited the investor for funds for the project.  This same investor traveled to Switzerland in 2013, and spent approximately 11 months there with Kramer working on the project.  During that time this investor took photographs of Kramer and sent them to other investors in the Northern District of California.  A comparison of these photographs with the photograph on Kramer's Swiss passport number, # X2782495, indicates these are the same individual.

46. In September 2015, Kramer exchanged e-mails with an FBI undercover agent, herein identified as UCE-1.  During the e-mail exchange with the FBI undercover agent, Kramer used email account f.kramer80439@gmail.com to email his Swiss passport number X2782495 to UCE-1.  UCE-1 and Kramer spoke over the telephone and discussed Kramer's passport.  The individual identifying himself as Kramer to UCE-1 over the telephone spoke in accented English.

47. In September 2015, while corresponding with UCE-1, Kramer claimed to be in Africa. In June 2016, while corresponding with UCE-1, Kramer claimed to be in Switzerland.  On July 1, 2016, Kramer told UCE-1 he would be flying out of Oslo, Norway on or around July 6, 2016. Checks for Kramer's U.S. and Swiss passports indicated that Kramer has not been in the U.S. since September 2010.

### SUMMARY OF PROBABLE CAUSE

48. The following factors, when viewed together, provide probable cause to believe that Kramer's project is a fraud:

> a. Ten of the documents e-mailed by Kramer to investors, which were represented by Kramer as official documents issued in the DRC, were reviewed by a

government official in the DRC, and that official stated that he believes that the documents are fakes.

b.  A Kimberley certificate associated with Kramer's project was reviewed by a U.S. government employee with knowledge of the Kimberley process and certificates. This U.S. government employee stated that Kramer's Kimberley document appeared to be fake. Further, Kramer repeatedly misspelled the word Kimberley as "Kimberly" in e-mail correspondence with investors.

c.  During a June 2016 telephone conversation with UCE-1, Kramer claimed he was in charge of the project. Kramer further stated that he had full authority to enter into contracts on behalf of the project.

d.  In an August 2015 e-mail sent from f.kramer80439@gamil.com to an investor, Kramer wrote, "The last time that I personally saw them, touched them, was a short time back, at beginning of the year," in response to the investors question if Kramer had ever seen the gold and/or diamonds first hand.

e.  On September 26, 2013, Kramer was arrested in Switzerland on suspicion of fraud. Kramer was subsequently released on October 16, 2013. The penal inquiry into this matter was suspended on February 13, 2015.

f.  The project was sold to investors as a short-term investment. However, there is no indication that any investor has received anything in return for an investment since the first investor funds were transmitted per Kramer's instructions in or around December 2008. Further, according to Kramer and Mukeune, a series of unlikely events has prompted requests for additional investments, including such implausible scenarios as a car fire burning up $80,000 in cash and

Mukeune requiring surgeries on both his brain and his liver.  In my experience investigating fraud cases, it is common for the individuals committing the fraud to create scenarios involving purported short-term investments which are then dragged out indefinitely by additional requests for investment funds to prevent the loss of what has previously been invested, while no money is ever actually paid out to investors.

g.  Kramer and Mukeune claim to have control of tens of millions of dollars' worth of gold and diamonds, yet they are seeking out small, individual investors in the United States to finance their purported export project.  In my experience investigating fraud cases, it is common to see perpetrators of a fraudulent scheme targeting individual, small investors who are relatively inexperienced rather than going through traditional funding channels such as a bank, a venture capital firm, or some other more main-stream source of funding.  In addition, the apparent tolerance for years of delay demonstrated by Kramer and Mukeune also is a factor which suggests that the scheme is more likely fraudulent than legitimate.

h.  The perpetrators of the scheme in this case told investors that they could enjoy a return of as much as ten times the amount invested on their investment, for a term as short as one month.  In my experience investigating fraud cases, a rate of return of as high as ten times the amount invested for a short-term investment, particularly for a term as short as one month, is unrealistic and indicative of a fraud scheme.

19

      i.   There are other indications that this project did not follow standard business practices which suggest that it is a fraudulent scheme. There is no indication the project has its own bank account. Some of the investment funds have been routed through investor bank accounts and bank accounts in Canada and Tanzania allegedly belonging to the daughter of a mine owner and a transportation company, respectively. Kramer also directed investors to send cash via Western Union and MoneyGram to unknown receivers in Tanzania, South Africa, Zambia and Zimbabwe. Kramer has also instructed investors to send cash to Kramer in Switzerland via Western Union, and in Kenya via MoneyGram.

49.   Based upon the foregoing, my training and experience, and the training and experience of agents and investigators involved in this investigation, I believe that there is probable cause to believe that Fritz Kramer is involved in the commission of wire fraud and commodities fraud in violation of Title 18, United States Code §§ 1343 and 1348. Accordingly, I respectfully request a warrant be issued for his arrest.

//

//

//

//

//

//

//

//

20

## REQUEST FOR SEALING

50. Since this investigation is continuing, disclosure of the warrant for Kramer's arrest, this
    affidavit, and/or this application and the attachments thereto will jeopardize the
    progress of the investigation. Accordingly, I request that the Court issue an order that
    the arrest warrant, this affidavit in support of the arrest warrant, the application for
    arrest warrant, and all attachments thereto be filed under seal until further order of this
    Court

Respectfully submitted,

MARK R. MATULICH
Special Agent
Federal Bureau of Investigation

Sworn to before me this 6 day of July 2016

NATHANAEL COUSINS
United States Magistrate Judge

21

EXHIBIT 2

[5/26/16, 7:59:14 AM] Fritz Kramer: Herb, you mentioned yesterday that you got turned down because they either thought it too complex, or too speculative.  But that was in relation to Africa or Hong Kong, right?
But then you also mentioned that the best way is to focus on personal needs.  I don't want to pry into your arguments and approaches--but you know, I have run out of possibilities--actually one of the extremely few times when I have to say this.... and am looking to you as somehow being able to get us out of this..."this" being a practically terminal existence.
[5/26/16, 8:08:53 AM] Fritz Kramer: Herb, many a times in recent days & weeks I have had the good fortune that I could pull out a rabbit in the last moment--with the great help of selected people of course.  All my rabbits are gone...gone!  Herb I depend on you in a big, big, big big way.
[5/26/16, 8:26:38 AM] Hunter Goodrich: Thanks for keeping the pressure off me!!!
[5/26/16, 8:27:30 AM] Fritz Kramer: I don't want you to be angry or resentful. I
[5/26/16, 8:27:50 AM] Fritz Kramer: just look at the  map and I am scared.
[5/26/16, 8:28:52 AM] Fritz Kramer: You know what?  Jean Paul spoke with the doctor...and asked if he could help us right now with 20,000 dollars....against 100,000 reward.  But the doctor said no...cant do it....an d the same with Samaila.
[5/26/16, 8:29:15 AM] Hunter Goodrich: Angry? ???  I'm so angry with you I can't begin to say it without boiling over.
[5/26/16, 8:29:29 AM] Fritz Kramer: and I was searching and looking in Switzerland this morning and half afternoon....
[5/26/16, 8:29:45 AM] Hunter Goodrich: I rue the day I was ever introduced to you
[5/26/16, 8:31:48 AM] Fritz Kramer: Lets place everything in the here and now, as it is right now...and we will get out of this impasse.  I don't think it is wishful thinking
[5/26/16, 8:32:24 AM] Fritz Kramer: I wish I could do even more.  but then, I believe I have given it all...absolutely all.
[5/26/16, 8:33:30 AM] Fritz Kramer: Have spoken with Wayne.
[5/26/16, 8:34:02 AM] Fritz Kramer: and he, in turn, with the <Mahel manager...and he with the guy.
[5/26/16, 8:34:11 AM] Hunter Goodrich: You cannot imagine the desperation here. Because of you everything I spent 28 years building... A stellar reputation, respect, a good living, credit, money in the bank and a raft of friendships are gone. All I am holding is a stack of worthless agreements and unfulfilled promises from YOU
[5/26/16, 8:34:57 AM] Fritz Kramer: Just so very simple there: you give me the 15k, and you collect your money in Hong Kong--same day.  No alternaive.
[5/26/16, 8:37:43 AM] Hunter Goodrich: The money coming back from Hong Kong will not even dent the loans from people that must be repaid as well as lawyers fees, IRS bills and overdraft accounts.
[5/26/16, 8:37:46 AM] Fritz Kramer: You know, when it comes to that bank "specialist" in South Africa: he says that the money is for three, including co-workers.  And I know for sure that they would come up with whatever esoteric thing to get their participation.
[5/26/16, 8:39:05 AM] Fritz Kramer: Well, we are in  such dire shape.... to get the money from H.K. in the first place.  What would you need to cover a good part of the debts?  with money from H.K.  ?

[5/26/16, 8:40:15 AM] Fritz Kramer: lets look at it.... lets see. Want would be the reasonable minimum?

[5/26/16, 8:41:28 AM] Fritz Kramer: one that is realistic and sufficient to take care of the base.

[5/26/16, 8:42:53 AM] Fritz Kramer: SOMETHING THAT COMES TO MIND: let me present it before you write more.

[5/26/16, 8:43:55 AM] Fritz Kramer: Lets say that the figure is something like....200,000 (just for discussion)

[5/26/16, 8:44:14 AM] Hunter Goodrich: Fritz, it will take $400,000 just to pay the IRS bill I received on Monday. It is going to take more money than the 30 is worth.

[5/26/16, 8:44:15 AM] Fritz Kramer: and that it represents the substantial way out for you.

[5/26/16, 8:45:03 AM] Hunter Goodrich: Lawyers fees will be 85,000

[5/26/16, 8:45:51 AM] Fritz Kramer: wait... lets establish a workable, minimum base

[5/26/16, 8:46:20 AM] Fritz Kramer: and it must be realistic from the 30kg point of view also.

[5/26/16, 8:47:21 AM] Fritz Kramer: If we allocate all all all "free" money to you, then 200,000 would be a realistic base.

[5/26/16, 8:47:21 AM] Hunter Goodrich: Realistically $250,000 from the 30 and the first Million will clear all the debts. Then the $14 mm will allow me to start over

[5/26/16, 8:47:37 AM] Fritz Kramer: I see....

[5/26/16, 8:48:12 AM] Fritz Kramer: that is 50k more than the "other" scenario

[5/26/16, 8:48:35 AM] Fritz Kramer: Can you make it with 200,000--even though tight, still workable?

[5/26/16, 8:49:14 AM] Fritz Kramer: please let me go on with my scenario, please

[5/26/16, 8:49:40 AM] Hunter Goodrich: Workable but only temporary because the IRS wants money in June 2.

[5/26/16, 8:49:44 AM] Fritz Kramer: say it is 200,000--perhaps a little bit more...but that it is a realistic way out for you.

[5/26/16, 8:50:13 AM] Hunter Goodrich: It is a start.

[5/26/16, 8:51:10 AM] Fritz Kramer: and that you could present the budget to "someone" close to you? and that this "someone" goes along with the 6000 dollars today...and helps make it happen in the first place?

[5/26/16, 8:51:39 AM] Fritz Kramer: and then we work together, hand in hand, to work you out of the hole.

[5/26/16, 8:52:26 AM] Fritz Kramer: I do have a plan that could speed up things even before the bygone, or parallel to it.

[5/26/16, 8:52:42 AM] Hunter Goodrich: Fritz. The question everyone is asking is "why do you believe it's real?"

[5/26/16, 8:52:49 AM] Fritz Kramer: It is to work with the 400kg of <kabila

[5/26/16, 8:53:43 AM] Hunter Goodrich: I'm not picky about the source.

[5/26/16, 8:54:23 AM] Fritz Kramer: oh come on....Edesess is full of BS. come on, Herb...it is real, we are way way way beyond that. I was present when we first shipped it out of South Africa. Francis went to China TWO times to see it and try to find a way to get it moving. AND FRANCO WENT THERE JUST 10 DAYS BEFORE HIS DEATH.

[5/26/16, 8:55:23 AM] Fritz Kramer: and Wayne and his both are more than real. Come on. PLEASE LET US NOT DEBATE THAT. WE MUST TAKE IT AS A STARTING POINT...BEAR WITH ME.

[5/26/16, 8:56:37 AM] Fritz Kramer: SO BACK TO THE MINIMUM: CAN YOU possibly combine the "minimum plan" with the 6000 dollars we need now? and make it part of the package to lift you out of the mess?

[5/26/16, 9:00:15 AM] Hunter Goodrich: Fritz, I believe the 30 is real. But I can't answer questions truthfully when they ask if I've received money back from any investment with you.

[5/26/16, 9:00:16 AM] Fritz Kramer: we know that the money in H.>K. is immediate...tomorrow that is. we only need to come ip with the full 15k

[5/26/16, 9:01:17 AM] Fritz Kramer: But the argument is this: WE HAVE A MONSTER SHIPMENT---one that is worth...well you know. IT IS THAT OMONSTER SHIPMENT THAT PUTS ALL, ALL ALL INVESTMENTS IN THE SHADE.

[5/26/16, 9:02:16 AM] Fritz Kramer: and we worked on the monster shipment, fro the beginning. and had to get distracted by smaller things that had all kind so problems. but we need to work with them to keepmthemonstere one in place and to exit.

[5/26/16, 9:03:06 AM] Fritz Kramer: and then, in the end, you relate the investments to the end value...and jaws will drop. So we are not in the business of small sipments...although these gave us the bad name.

[5/26/16, 9:04:48 AM] Fritz Kramer: We have the H.K. package i n place. so we do not need to refer to the bygone at all, even though it is necessary for your full recovery.

[5/26/16, 9:05:05 AM] Hunter Goodrich: They ask is this big one real? Have you seen it or has some trustworthy third party verified it even exists? Whose word are you taking that it's real. We have gone through this many times and now is not the time to revisit this.

[5/26/16, 9:06:49 AM] Hunter Goodrich: Let me get back to emails and see if I have a reply.

[5/26/16, 9:06:51 AM] Fritz Kramer: Herb, it is real because I am the architect of it! Fritz Kramer. I started with 88kg, plus 110 kg...then came the rough diamonds, the n the cut diamonds, then 400kg imposed on us.

[5/26/16, 9:07:30 AM] Fritz Kramer: can and will you use the "personal" need for the 4 day loan?

[5/26/16, 9:08:53 AM] Fritz Kramer: see, actually--and that holds true for the BigOne too--these goods/consigments were not designed to be put in the market place with "outside" money.

[5/26/16, 9:09:00 AM] Hunter Goodrich: Fritz, from the investor standpoint you are the architect and that is why they are scared. Sorry, but that's the truth.

[5/26/16, 9:09:49 AM] Fritz Kramer: We should have had enough ingternal cash flow to take care of it all...so we don't go around with documentation and things to advertise and to "proof"...we have our internal proof, and proof does not even enter the picture.

[5/26/16, 9:10:02 AM] Fritz Kramer: ok...but we also have the goods. still.

[5/26/16, 9:10:29 AM] Fritz Kramer: did you check--are there any responses yet?

[5/26/16, 9:10:35 AM] Hunter Goodrich: Any way. I accept your increase and now need to get back to finding money.

[5/26/16, 9:10:57 AM] Hunter Goodrich: I'm going to check now

[5/26/16, 9:11:15 AM] Fritz Kramer: ok, I leave you to it. PLEASE PLESE PLEASE...DO KEEP IN TOUCH AT INTERVALS. PLEASE.

[5/26/16, 9:12:15 AM] Hunter Goodrich: No responses.

[5/26/16, 9:12:49 AM] Hunter Goodrich: I'm working on a plan C as well

3

[5/26/16, 9:13:13 AM] Hunter Goodrich: We will talk later

[5/26/16, 9:13:28 AM] Fritz Kramer: yes we will.  We can and will do it!

[5/26/16, 9:13:50 AM] Fritz Kramer: "it" meaning have a solution in place today.

[5/26/16, 10:06:04 AM] Hunter Goodrich: Heard from two of the Colorado guys. Both a polite no

[5/26/16, 10:08:40 AM] Fritz Kramer: Herb, are you taking it in stride?  May it be that you need activate Plan C?

[5/26/16, 10:09:28 AM] Hunter Goodrich: Taking it in stride and also working on plan C

[5/26/16, 10:09:52 AM] Fritz Kramer: ataboy

[5/26/16, 10:11:07 AM] Fritz Kramer: late breaking news:  there is movement in Kinsahsa regarding the Kennedy case, and

[5/26/16, 10:11:15 AM] Fritz Kramer: associated pay

[5/26/16, 10:12:16 AM] Fritz Kramer: payment.  Will have more shortly...there will be an up-front charge to be paid to the court before they pay out.  (what else would you expect).  But the charge is not cheap either.

[5/26/16, 10:15:15 AM] Hunter Goodrich: Interesting. An up front charge to receive a judgement in your favor? What a screwed up country!

[5/26/16, 10:18:43 AM] Fritz Kramer: Not only that: at the time that the Court (High Court in Kinshasa) decided that eventually the money would be paid to us, we needed to "register" with a payment of 3850 Dollars, and only had 48 hours to pay at that time.  And since then, we have been waiting for the case to conclude.

[5/26/16, 10:21:17 AM] Fritz Kramer: by the way, it is not as you thing "an up front charge to receive a judgement..".  No, this simply is an administrative charge whereby the Court makes sure that they get their expenses paid and make some money.  I think you can compare it to an administrative charge related to the money they had taken from Kennedy.

[5/26/16, 12:04:11 PM] Hunter Goodrich: But normally it is Mosul by the loser of the suit. Working on plan C now. No more responses to my request. Hopefully I'll hear something in an hour but it is critical that you perform on your end with the return funds to make this work.

[5/26/16, 12:05:34 PM] Fritz Kramer: That is clear.  And that is why I double checked the logistics so carefully.

[5/26/16, 12:25:32 PM] Fritz Kramer: Herb, one thing...and it happens to be of importance in Kisangani:  as you know, the $5600 in Kisangani were due last week, Sunday, Monday, Tuesday--and the final final final hour was Wednesday (yesterday) at 3 pm when the Ministry was going to sign the papers and ship the goods to Kinshasa.  Then we convinced Jean Paul to go to the lion's den on Wednesday, without money, but with a commitment to have a sizeable chunk of money on Friday morning, tomorrow, and which would include the insurance money (3600) and the exit permit (2000).

Then yesterday we could not manage the 6000 and so made it impossible to have money in from H.K. by Friday morning.  I hear from Jean Paul that tomorrow morning 11 am  at the very least the insurance (3600) is due and that an extension of that is unthinkable.

And Jean Paul tells me that if insurance money is not there by early morning, then all those harmonious arrangements will fall apart and he would not survive there.

You are working like crazy to get 6000 for H.K.--and we know that with that the insurance is not covered.  This will be our Achilles' heel. I don't know how to deal with that one, and just a soft

4

query: would it be possible to include the insurance money in today's money?  Only you know...but I know you understand my query.  It is just so very difficult to navigate through a minefield of incredible proportions. I just don't know how to balance it out--with expectations and deadly deadline that inherently are in conflict with each other.

[5/26/16, 1:12:43 PM] Hunter Goodrich: I just got through discussing plan C. I was trying to sell a large emerald to raise cash. The jeweler who set the stone and appraised it, who I hoped would buy it back, turned us down just now. Ww have asked another lady if she might be interested but have not made contact yet. Pawning it will not be useful since they only pay pennies on the dollar. I'm struggling with what the next step might be. But am working very hard on it.

[5/26/16, 3:13:43 PM] Hunter Goodrich: Just was turned down on the jewel twice. Still searching.

[5/26/16, 3:16:59 PM] Hunter Goodrich: Call  1 minute 58 seconds

[5/26/16, 4:05:16 PM] Hunter Goodrich: I went to the bank for a short term loan but they wouldn't accept the emerald as collateral.

[5/26/16, 4:05:28 PM] Hunter Goodrich: Still fighting

[5/26/16, 4:06:23 PM] Fritz  Kramer: what is the estimated value of the emerald?

[5/26/16, 4:19:51 PM] Hunter Goodrich: It is appraised at $19,000. I'll email you the appraisal.

[5/26/16, 4:32:06 PM] Fritz  Kramer: No, don't bother.

[5/26/16, 4:32:44 PM] Fritz  Kramer: Herb, its getting down to our survival tonight.

[5/26/16, 4:33:11 PM] Fritz  Kramer: What options do you have or see right now

[5/26/16, 4:33:33 PM] Fritz  Kramer: can you sell the jewel for 6500 dollars....now?

[5/26/16, 4:33:43 PM] Fritz  Kramer: we will make up the difference of course

[5/26/16, 4:33:54 PM] Fritz  Kramer: even tomorrow, right away

[5/26/16, 4:34:46 PM] Fritz  Kramer: if we don't we are dead on all sides.

[5/26/16, 4:34:52 PM] Fritz  Kramer: I know what I am saying

[5/26/16, 4:35:36 PM] Hunter Goodrich: you're telling me. no, hat would be a fire sale of enormous proportions. And most of the buyers I've thought of are guys I owe money to. They would take the ring ton settle the debt. I tried that once already.

[5/26/16, 4:37:01 PM] Fritz  Kramer: Herb, we are down to such drastic action...can you find a buyer that is not going to use the money to pay back debt

[5/26/16, 4:37:52 PM] Hunter Goodrich: Tomorrow will be too late Fritz. I hope you know what you are saying. This entire search is based upon your information.

[5/26/16, 4:38:11 PM] Fritz  Kramer: tomorrow is too late yes

[5/26/16, 4:38:29 PM] Fritz  Kramer: we need to have 6000 now tonight

[5/26/16, 4:38:43 PM] Fritz  Kramer: and get the 1M to orrow Friday

[5/26/16, 4:39:04 PM] Hunter Goodrich: Why would you ask that? Of course if I knew someone, I'd have already been there.

[5/26/16, 4:39:22 PM] Fritz  Kramer: yes, indeed Hereb

[5/26/16, 4:39:45 PM] Fritz  Kramer: tomorrow Friday is our last chance to get the positive report

[5/26/16, 4:40:07 PM] Fritz  Kramer: 'and same day we get the 1M

[5/26/16, 4:40:13 PM] Fritz  Kramer: Herb, can I call you?

[5/26/16, 4:40:37 PM] Hunter Goodrich: Do you have something new to say?

[5/26/16, 4:40:51 PM] Fritz  Kramer: Yes: the following, I will type
[5/26/16, 4:41:10 PM] Fritz  Kramer: Herb, in Kisangani we need 3600 dollars to stay alive for the weekend
[5/26/16, 4:41:33 PM] Fritz  Kramer: in Hong <Kong we need 6000 dollars for the $1M tomorrow evening our time.
[5/26/16, 4:41:53 PM] Fritz  Kramer: Herb, can you sell the stone for 10,000?
[5/26/16, 4:42:02 PM] Fritz  Kramer: and then we are ALL ALL set
[5/26/16, 4:42:20 PM] Fritz  Kramer: You will get 200,000 over the weekend
[5/26/16, 4:42:41 PM] Fritz  Kramer: I know precisely, exactly what <I am saying
[5/26/16, 4:42:55 PM] Fritz  Kramer: I know it 100% percent, every angle
[5/26/16, 4:43:23 PM] Fritz  Kramer: and we add 19000 for the stone
[5/26/16, 4:43:27 PM] Hunter Goodrich: Fritz, Ive been asking exactly for that minimum all day. If I had a buyer, it would have been done by now.
[5/26/16, 4:44:02 PM] Fritz  Kramer: can you sell it for 6500?
[5/26/16, 4:44:30 PM] Fritz  Kramer: I am sorry, was kind of slow in understanding before
[5/26/16, 4:44:56 PM] Hunter Goodrich: I don't think it is a price issue. It has to be someone who likes Emeralds.
[5/26/16, 4:45:26 PM] Fritz  Kramer: what options do you see now Herb?
[5/26/16, 4:45:58 PM] Hunter Goodrich: And somebody who probably knows Stephen and doesn't know me.
[5/26/16, 4:46:01 PM] Fritz  Kramer: we might as well close shop tonight if we don't have the 6000
[5/26/16, 4:46:11 PM] Fritz  Kramer: This is so real.
[5/26/16, 4:46:33 PM] Hunter Goodrich: We are working on a line of credit for him.
[5/26/16, 4:46:47 PM] Fritz  Kramer: ok....yesssssssssssssssssss
[5/26/16, 4:47:03 PM] Fritz  Kramer: yes
[5/26/16, 4:47:12 PM] Hunter Goodrich: He is at US Bank now.
[5/26/16, 4:47:24 PM] Fritz  Kramer: you are so very resourceful....wow.... yes
[5/26/16, 4:47:29 PM] Fritz  Kramer: 10 miles ahead of me
[5/26/16, 4:47:53 PM] Fritz  Kramer: would that possibly go all the way to 10,000?
[5/26/16, 4:47:58 PM] Fritz  Kramer: for tonight?
[5/26/16, 4:48:17 PM] Hunter Goodrich: It can only work through him. I have no credit because of the bankruptcy
[5/26/16, 4:48:23 PM] Fritz  Kramer: Remember, the 1M is , yes IS, going to paid out tomorrow night.
[5/26/16, 4:49:06 PM] Fritz  Kramer: We will reward him very very dearly.  because such a development would safe it all for everything
[5/26/16, 4:50:05 PM] Fritz  Kramer: Herb, I will leave it to it.   I see that you are way ahead of me.
[5/26/16, 4:50:27 PM] Fritz  Kramer: and better to let you work the way you know
[5/26/16, 4:50:55 PM] Fritz  Kramer: I can only say that if we have 3600 for insurance, and 6000 for Hong >Kong, we are safe
[5/26/16, 4:51:29 PM] Fritz  Kramer: and if that comes about as a line of credit for him, then my God, this is valuable and we owe him a lot.

6

[5/26/16, 4:51:49 PM] Hunter Goodrich: Stephen just called. His prime sale target just called him and said she could';t do it. She bought a new car this week. The application for a line of credit in but likely will not be approved until tomorrow!!!!

[5/26/16, 4:52:50 PM] Fritz  Kramer: lets think on our feet

[5/26/16, 4:53:10 PM] Fritz  Kramer: how do we do that now?

[5/26/16, 4:53:17 PM] Hunter Goodrich: If it is approved, it will not be active before 9:00 am

[5/26/16, 4:53:40 PM] Fritz  Kramer: ok ok ok...wait...

[5/26/16, 4:54:14 PM] Hunter Goodrich: Then the money has to be withdrawn, sent to four receivers,

[5/26/16, 4:54:34 PM] Fritz  Kramer: is there a way to get an advance from someone of, in this case, 3600...today?

[5/26/16, 4:54:47 PM] Hunter Goodrich: no possible way.

[5/26/16, 4:54:59 PM] Fritz  Kramer: ok...wait...please...wait

[5/26/16, 4:55:13 PM] Fritz  Kramer: please wait, am thinking

[5/26/16, 4:55:26 PM] Fritz  Kramer: please wait

[5/26/16, 4:56:15 PM] Fritz  Kramer: Herb, you say that the application is in.  what do you think...at 9 it will be ok?

[5/26/16, 4:56:49 PM] Fritz  Kramer: wait... more things coming to mind

[5/26/16, 4:57:25 PM] Hunter Goodrich: We don't know if it will be approved. The earliest would be 9:00 am when the bank opens.

[5/26/16, 4:57:33 PM] Fritz  Kramer: first right ow...please wait...I am going to see if I can call Wayne, right now

[5/26/16, 4:58:12 PM] Fritz  Kramer: you know the banking environement there....what do you think we\ill happen re approval?

[5/26/16, 4:58:26 PM] Fritz  Kramer: is the line of credit for 10,000, or higher?

[5/26/16, 4:58:55 PM] Hunter Goodrich: He asked for $12,000

[5/26/16, 4:59:00 PM] Fritz  Kramer: I am calling Wayne...just a second.

[5/26/16, 5:02:23 PM] Fritz  Kramer: Herb, I have not reached him yet....

[5/26/16, 5:02:52 PM] Fritz  Kramer: but I know that we must work out something with the guy.

[5/26/16, 5:03:26 PM] Fritz  Kramer: if the money can be in the system by 10 am your time, it would be 7 pm there....Friday.

[5/26/16, 5:04:04 PM] Fritz  Kramer: I need to check this out with Wayne, to see if this all will work for Friday/Saturday.  I think yes.   especially if wayne sends in the 9000 he has now.

[5/26/16, 5:04:25 PM] Fritz  Kramer: back to the 3600...which is so all important...and the timing

[5/26/16, 5:05:09 PM] Fritz  Kramer: it is worth whatever to us....can I ask this direct question:

[5/26/16, 5:06:00 PM] Hunter Goodrich: Do you think I could get Cheryl to send it today if I use the emerald as collateral?

[5/26/16, 5:06:10 PM] Fritz  Kramer: would the stone generate 3600 dollars at pawn....to be taken back tomorrow.

[5/26/16, 5:07:13 PM] Fritz  Kramer: it is 5 pm....and the bank will close at 6....and I don't know about Cheryl....I know if I ask her she will turn me down.  Can you contact her and check with her?

7

[5/26/16, 5:07:13 PM] Hunter Goodrich: Around here they only provide 10% on the dollar. That would only be $1900.
[5/26/16, 5:07:27 PM] Fritz Kramer: ayyy no...that is not worth it....
[5/26/16, 5:07:50 PM] Fritz Kramer: can you be in touch with Cheryl?
[5/26/16, 5:07:56 PM] Hunter Goodrich: I'll try Cheryl.
[5/26/16, 5:08:12 PM] Fritz Kramer: you have her phone numbers, right?
[5/26/16, 5:08:35 PM] Hunter Goodrich: No. just her email I think
[5/26/16, 5:09:28 PM] Fritz Kramer: caspetrino@cox.net
[5/26/16, 5:10:04 PM] Fritz Kramer: and phone is: +19494990533
[5/26/16, 5:10:05 PM] Hunter Goodrich: I have that but no phone number
[5/26/16, 5:10:33 PM] Fritz Kramer: and her mobil: +19492838304
[5/26/16, 5:24:11 PM] Hunter Goodrich: I spoke to her and she will look at an email I sent to her asking if she would advance the $3600 until morning. Then I'll transfer the money directly into her account at wells fargo in the morning.
[5/26/16, 5:24:37 PM] Hunter Goodrich: Waiting for her reply now.
[5/26/16, 5:24:54 PM] Fritz Kramer: that would work fine...and it would make a very very important difference in Kisangani....
[5/26/16, 5:25:04 PM] Fritz Kramer: it would make THE difference!
[5/26/16, 5:25:48 PM] Fritz Kramer: I am trying to call Wayne...have not reached him yet....but I am sure we can find a way to make it work
[5/26/16, 5:26:09 PM] Fritz Kramer: after all, that guy prefers 15k over nothing.
[5/26/16, 5:26:25 PM] Hunter Goodrich: Then we deal with the $6000 9n the morning. But remember it will be Saturday in HK and transferring funds on the weekend has been a problem before.
[5/26/16, 5:26:33 PM] Fritz Kramer: so he will wait. only have to make sure that H.K. is ok with that scheule'
[5/26/16, 5:26:54 PM] Fritz Kramer: understood.
[5/26/16, 5:27:11 PM] Hunter Goodrich: OK
[5/26/16, 5:28:31 PM] Fritz Kramer: Herb, about the 276,000 that is to come from the Kennedy attempted theft,
[5/26/16, 5:30:13 PM] Fritz Kramer: do keep it confidential for time being and while we figure out the details and how to claim. I talked with Barbara about it, and she will need to become involved in authorizing the payment. For time being, lets not get the whole system excited, because it is not in our hands yet and requires work.
[5/26/16, 5:30:42 PM] Hunter Goodrich: AGREED
[5/26/16, 5:32:25 PM] Fritz Kramer: the only ones in the know now are: JeanPaul of course, Barbara, I and you. lets keep it that way.
[5/26/16, 5:33:37 PM] Hunter Goodrich: OK
[5/26/16, 5:35:23 PM] Fritz Kramer: you know what I find striking is that Basia is so humongously negative and bitter and accusatory that she contaminates everything in her sphere, especially Cheryl. Otherwise Cheryl would have played a stronger role. For example, Cheryl could have taken care of the 6000 if she had wanted to.
[5/26/16, 5:36:16 PM] Fritz Kramer: but well, things are as they are.

[5/26/16, 5:37:11 PM] Fritz Kramer: the spat Basia has with Barbara is getting out of control. Barbara is suffering A LOT.

[5/26/16, 5:38:04 PM] Hunter Goodrich: Yes, but like all of us, she has been burned too many times Fritz. She only deals with me because each time we make an agreement to honor exchanges of funds, we always follow through and we trust each other.

[5/26/16, 5:40:44 PM] Fritz Kramer: well, she was the principal investor for the entire UK loan fraud thing. That is where her money went...and in that case, it was a pure fraud from beginning to end.

[5/26/16, 5:41:23 PM] Fritz Kramer: but that is water under the bridge. Nevertheless, the anger remains. of course.

[5/26/16, 5:41:55 PM] Hunter Goodrich: yes it was. I couldn't believe how Robin believed it in Spain and in London.

[5/26/16, 5:42:26 PM] Fritz Kramer: no news from Cheryl yet

[5/26/16, 5:42:43 PM] Fritz Kramer: will she call you?

[5/26/16, 5:44:04 PM] Hunter Goodrich: My bet is since it is so close to the bank closing, she is off sending the money and will reply with the Moneygram information.

[5/26/16, 5:44:29 PM] Fritz Kramer: but I think she does not have receivers

[5/26/16, 5:44:51 PM] Hunter Goodrich: Since I talked to her on the phone,I know she got the message and read the email.

[5/26/16, 5:45:21 PM] Hunter Goodrich: Who do you want it sent to?

[5/26/16, 5:46:02 PM] Hunter Goodrich: youre right, she is probably running too the bank to withdraw cash before it closes.

[5/26/16, 5:46:54 PM] Fritz Kramer: Sophia S. Joseph, Tanzania:    $1800.00

Bibiana M. Tarimo, Tanzania:  $1800.00

Bahati Limu NTANDU, Tanzania:  standby

[5/26/16, 5:49:47 PM] Hunter Goodrich: you've been bcc on both emails. Did I do it right both times?

[5/26/16, 5:50:41 PM] Fritz Kramer: perfect.

[5/26/16, 6:18:23 PM] Fritz Kramer: Herb, no news til now, correct?

[5/26/16, 6:20:02 PM] Hunter Goodrich: no news yet

[5/26/16, 6:20:59 PM] Fritz Kramer: but we know Cheryl: when she says she will look into something, or do something, she is right on the ball and delivers. So I guess she is on the way.

[5/26/16, 7:00:32 PM] Fritz Kramer: I finally got thru to Wayne. But the line is sooooo bad right now that it kept cutting off. I will get a better line in just minutes.

[5/26/16, 7:01:28 PM] Fritz Kramer: Cheryl did say that she was going to see and act, right? she wouldn't just disregard the entire suggested process, would she.

[5/26/16, 7:10:09 PM] Fritz Kramer: I just spoke with Wayne. We agreed on the schedule: he is going ahead NOW with the 9000 dollars to Johannesburg. Then you would send 6000 tomorrow morning, which is Friday night in Johannesburg. Then on Saturday morning, the guy sends in the report to HSBC in Hong Kong. IMPORTANT: HSBC WILL THUS RECEIVE THE REPORT ON SATURDAY NIGHT. And the disbursement will then be Monday morning Hong Kong time (Sunday your time). It is all agreed on that basis.

[5/26/16, 7:23:48 PM] Fritz Kramer: any news?

[5/26/16, 8:01:09 PM] Hunter Goodrich: Just sent you an email from Cheryl. Major problem!

[5/26/16, 8:09:34 PM] Fritz Kramer: Herb....wowww yesssssssssssssssssss problem

[5/26/16, 8:12:05 PM] Fritz Kramer: Herb, it is "only" 8 pm. Is there some way that at least a partial amount can be sent? Perhaps Cheryl could do a part...and who? a part also?

[5/26/16, 8:15:48 PM] Hunter Goodrich: It takes cash which I do not have even if it was in the bank, which has been the problem from the beginning.

[5/26/16, 8:17:04 PM] Hunter Goodrich: Also there are limited places one can send a Moneygram right now.

[5/26/16, 8:17:20 PM] Fritz Kramer: with no money for the insurance today we may be in deeeeeeeeeeeeeeeeeep doodoo.

[5/26/16, 8:18:19 PM] Hunter Goodrich: Quite possibly.

[5/26/16, 8:18:55 PM] Fritz Kramer: something...wowww... without nothing in hand, I don't know if Jean can be there....they don't accept explanations any longer.

[5/26/16, 8:19:31 PM] Fritz Kramer: what do we do? no minimums available... and also not Cheryl?

[5/26/16, 8:19:49 PM] Hunter Goodrich: Cheryl s not going to help I'm afraid

[5/26/16, 8:20:03 PM] Fritz Kramer: If there were say, 2000 available...perhaps that would make a dent

[5/26/16, 8:20:44 PM] Hunter Goodrich: There is not $2000 available and banks are closed.

[5/26/16, 8:22:18 PM] Hunter Goodrich: The atm only gives $300 a day.

[5/26/16, 8:23:35 PM] Hunter Goodrich: I don't even have that amount in any account.

[5/26/16, 8:24:56 PM] Fritz Kramer: Cheryl keeps all kinds of cash in the house...sometimes a lot. Would you just send a note to her if perhaps she could send whatever she has....just so that we are not at zero?

[5/26/16, 8:26:32 PM] Hunter Goodrich: I doubt f it will work but I'll try.

[5/26/16, 8:28:27 PM] Fritz Kramer: Jean says he must/will leave without money for insurance....he will be gone!!!!!!!!!!!!  ayyyy herb...this is not good.

[5/26/16, 8:29:33 PM] Fritz Kramer: this is big big big big problem

[5/26/16, 8:29:56 PM] Fritz Kramer: Jean wants to leave now, at 5.30 am.... he says the pressure is too big for him to stay.

[5/26/16, 8:41:19 PM] Fritz Kramer: Herb I made the suggestion to Jean to see if Samaila can/will advance a part of the 3600... so that we could send something now, and Samaila advances the rest. Jean says that earlier today she indicated that she had nothing to advance. Nevertheless he is checking with her now. It sure would make a difference if Cheryl could send at leastsomething...perhaps 1000??????????

[5/26/16, 8:57:19 PM] Hunter Goodrich: I don't expect a good response from Cheryl. Have you talked to Mike recently?

[5/26/16, 8:59:07 PM] Fritz Kramer: no, he has not answered my calls

[5/26/16, 9:01:17 PM] Hunter Goodrich: I'll let you know what Cheryl says as soon as she replies if she replies.

[5/26/16, 9:01:57 PM] Fritz Kramer: ok...

[5/26/16, 9:56:12 PM] Hunter Goodrich: She has replied. I'm forwarding her message.

[5/26/16, 10:31:31 PM] Hunter Goodrich: Very discouraging...

[5/26/16, 10:37:11 PM] Hunter Goodrich: Fritz, if money will not be going out until Monday Hong Kong time, I'm afraid it will arrive too late to save my Yacht Club membership. I had hoped to repay all outstanding loans there before I appear in front of a disciplinary hearing at 5:30 p.m. on May 31st.

[5/26/16, 11:09:13 PM] Hunter Goodrich: Fritz are you there?

[5/26/16, 11:19:13 PM] Fritz  Kramer: wait, wait...wait.

[5/26/16, 11:19:30 PM] Fritz  Kramer: Herb, herb, herb are you there+

[5/26/16, 11:24:15 PM] Hunter Goodrich: Yes

[5/26/16, 11:24:50 PM] Fritz  Kramer: After all, Jean must leave...no money...nothing, and they are closing in on him with insurance.

[5/26/16, 11:25:49 PM] Hunter Goodrich: It's a real tragedy

[5/26/16, 11:27:54 PM] Hunter Goodrich: I've checked with all our crowd and they all have given up.

[5/26/16, 11:29:24 PM] Hunter Goodrich: They are pissed that you have enlisted me to be your surrogate

[5/26/16, 11:29:59 PM] Fritz  Kramer: ???? like who?

[5/26/16, 11:31:27 PM] Hunter Goodrich: Cheryl, Basia, Barbara. Mike not so much.

[5/26/16, 11:31:56 PM] Fritz  Kramer: Barbara????? no way.   Cheryl and BASIA? of course.

[5/26/16, 11:32:20 PM] Fritz  Kramer: and that refers to especially to Basia

[5/26/16, 11:33:16 PM] Hunter Goodrich: Any way they are done providing money.

[5/26/16, 11:33:45 PM] Fritz  Kramer: what to do re Jean?

[5/26/16, 11:34:33 PM] Hunter Goodrich: I have no answer. It is not possible to do more tonight

[5/26/16, 11:34:37 PM] Fritz  Kramer: do you think 3600 can be sent at 930 am your time?

[5/26/16, 11:35:10 PM] Hunter Goodrich: Plus the $6000?

[5/26/16, 11:36:20 PM] Fritz  Kramer: yes

[5/26/16, 11:36:20 PM] Hunter Goodrich: No, I don't believe it is possible. Too many unknowns to count on it

[5/26/16, 11:38:18 PM] Fritz  Kramer: then, 3600 only at that time, and 6k later in day?

[5/26/16, 11:38:33 PM] Hunter Goodrich: The bank doesn't open until 9;00. The line of credit is not yet in place as well as the size of it. The application has been submitted but not yet approved

[5/26/16, 11:39:20 PM] Fritz  Kramer: Jean is trying once more with Samaila, I believe....right now, as we speak

[5/26/16, 11:40:08 PM] Hunter Goodrich: Then completing that, getting to a moneygram outlet and sending by 9:30??? Odds are against it

[5/26/16, 11:40:54 PM] Hunter Goodrich: Besides its not my line of credit or my bank

[5/26/16, 11:41:20 PM] Fritz  Kramer: ok....it actually wont be that crucial at that hour...because money will arrive at night anyway...so can be a couple of hours or even several hours later.

[5/26/16, 11:41:32 PM] Fritz  Kramer: you are right.

[5/26/16, 11:43:14 PM] Hunter Goodrich: There is no more backup plans if the credit line is not approved

[5/26/16, 11:43:39 PM] Hunter Goodrich: Or if it is too small

[5/26/16, 11:43:50 PM] Fritz  Kramer: wowwwwwwwwwwwwwwwwwwwww!!!!!!!!!!!!!!!

[5/26/16, 11:44:11 PM] Fritz  Kramer: we better cross our fingers

[5/26/16, 11:44:51 PM] Hunter Goodrich: You act surprised

[5/26/16, 11:45:26 PM] Fritz  Kramer: had not really thought about it...not even time to think about it.

[5/26/16, 11:46:08 PM] Fritz  Kramer: if only.... well lots of if only.... if only it was 24 ho

[5/26/16, 11:46:28 PM] Fritz  Kramer: we could have had the 1M by end of Friday.

[5/26/16, 11:47:08 PM] Hunter Goodrich: I've been telling you none of the stuff we've attempted is a slam dunk. You have no idea how differently this are around here now

[5/26/16, 11:47:09 PM] Fritz  Kramer: but now, we are losing one day....over the weekend.

[5/26/16, 11:47:36 PM] Fritz  Kramer: yes

[5/26/16, 11:48:27 PM] Hunter Goodrich: I'm heading to bed.  Hoping things work out tomorrow

[5/26/16, 11:48:28 PM] Fritz  Kramer: it is amazing what you could get done, and that you DID go out to fight, despite your own restrictions

[5/26/16, 11:48:33 PM] Fritz  Kramer: yes

[5/26/16, 11:57:05 PM] Fritz  Kramer: her are you there?

[5/27/16, 12:00:02 AM] Hunter Goodrich: Call – no answer

[5/27/16, 12:00:35 AM] Fritz  Kramer: Herb, are you there?

[5/27/16, 12:00:36 AM] Hunter Goodrich: I'm in bed.

[5/27/16, 12:01:00 AM] Fritz  Kramer: just quick:  right now, received message from Jean: saying

[5/27/16, 12:02:39 AM] Fritz  Kramer: I will tell you...one second....possibly good news....wait

[5/27/16, 12:05:27 AM] Fritz  Kramer: will be clearer...wait....have to clarify if he needs a letter right now, from us...wait

[5/27/16, 12:11:38 AM] Fritz  Kramer: WAIT STILL...PLEASE WAIT A MINUTE OR TWO

[5/27/16, 12:15:54 AM] Fritz  Kramer: Herb, while the messages go back and forth....Jean is in touch with the Ministry right now....and explained that 3600 is on-way but that a mistake was made in spelling names and that this is being corrected.  and they are receptive to it...but point out that the minimum must be 5600....and that with that, we are ok to next week!!!!!! that would be fantastic.  just trying to establish if I really have to write a letter now.  or just send 5600 tomorrow.

[5/27/16, 12:18:25 AM] Fritz  Kramer: Now....yes he needs an email. saying that 5600 were sent but problem with spelling or something, and that it is being resent on Friday.  And that the balance of 2000 for weekly ministry payment that is due on Saturday will be paid early next week.

[5/27/16, 12:19:17 AM] Fritz  Kramer: Is it possible that this email can come from you?  the sender?

[5/27/16, 12:20:11 AM] Fritz  Kramer: actually this is a good development....

[5/27/16, 12:20:25 AM] Hunter Goodrich: Fritz, I will not commit to providing anything in writing with knowing it can be followed through. I cannot do it. It's nit my money in the first place.  Sorry

[5/27/16, 12:22:11 AM] Fritz  Kramer: I see, and I understand. But isn't it right---if the credit line comes through, and perhaps with a few hundred dollars this time from Mike, the 5600 could be managed?  Well, we will need to see how to do it...but

[5/27/16, 12:22:45 AM] Fritz Kramer: for purposes of Kisangani and the bygone today, we cannot hedge (that is, I cannot hedge).

[5/27/16, 12:23:01 AM] Fritz Kramer: I will do the email....no problem.

[5/27/16, 12:23:11 AM] Fritz Kramer: have a good night.

[5/27/16, 12:23:20 AM] Fritz Kramer: that was another close one

[5/27/16, 12:23:32 AM] Fritz Kramer: chapter 68-B in our book.

[5/27/16, 12:24:05 AM] Hunter Goodrich: As I told you, Mike will not participate any longer.

[5/27/16, 12:24:26 AM] Fritz Kramer: not at all????

[5/27/16, 12:24:49 AM] Hunter Goodrich: Highly unlikely.

[5/27/16, 12:25:13 AM] Fritz Kramer: even if it has nothing to do with the "bribe"?

[5/27/16, 12:26:01 AM] Hunter Goodrich: It looks that way

[5/27/16, 12:26:02 AM] Fritz Kramer: its more like blackmailing...not a bribe at all.

[5/27/16, 12:27:05 AM] Hunter Goodrich: I cannot speak for him of course.

[5/27/16, 12:28:47 AM] Hunter Goodrich: Just like you cannot write any email to Jean that commits any money from me or Stef until we know it could be possible.

[5/27/16, 12:29:18 AM] Fritz Kramer: that is CLEAR.  I will not use your or Stef' name

[5/27/16, 12:29:29 AM] Fritz Kramer: and not commit you.

[5/27/16, 12:29:33 AM] Hunter Goodrich: Ok

[5/27/16, 12:30:17 AM] Fritz Kramer: and it is clear that I HAVE to send an email--ok in my name--because the alternative would be goodbye for the shipment.

[5/27/16, 12:31:08 AM] Hunter Goodrich: Going to sleep now...

[5/27/16, 12:31:28 AM] Fritz Kramer: good night.... thanks for everything.  !!

[5/27/16, 6:36:47 AM] Hunter Goodrich: Where do we stand now?

[5/27/16, 8:21:18 AM] Fritz Kramer: Hi Herb....did not notice your message here.... I am here now of course. Are you there?

[5/27/16, 8:21:22 AM] Hunter Goodrich: Hi

[5/27/16, 8:21:41 AM] Fritz Kramer: Let me brief you please.

[5/27/16, 8:24:20 AM] Fritz Kramer: There were a series of messages of concern from Jean...see the inspectors and the auditors are now monitoring our BigOne constantly...and any little mistake or requirement that we don't fulfill can and will result in them moving against us: the papers to take it away are fully there, and all that is required there is the signature of the inspectors, and its gone.

[5/27/16, 8:25:10 AM] Fritz Kramer: So the one message from Jean went like this:

[5/27/16, 8:25:39 AM] Fritz Kramer: Inspectors and auditors want the money to be paid all the 4000$. Tomorrow. And give us up to 25/06/2016 to remove the goods once and for all , what can we do now this situations?

[5/27/16, 8:27:15 AM] Fritz Kramer: So what they required was of course the $5600 that we know about for today:  insurance and exit extension, PLUS

[5/27/16, 8:28:09 AM] Fritz Kramer: 2000 for the exit extension for this weekend....

[5/27/16, 8:28:37 AM] Fritz Kramer: (while we had hoped that the new 2000 would be payable on >Monday.

[5/27/16, 8:28:46 AM] Fritz Kramer: BUT, luckily...

[5/27/16, 8:30:59 AM] Fritz  Kramer: Jean managed to convince them that the 2000 new payment would be paid next week "because of the hospital stay" which prevented us from preparing for this payment.

[5/27/16, 8:31:07 AM] Fritz  Kramer: So far so good.

[5/27/16, 8:33:23 AM] Fritz  Kramer: So now, and I will confirm that, what is required for tomorrow are the famos 5600 dollars.  (did you notice, when we have paid the 5600 and 4000 we will be given a final time frame until 25 June to fly the shipment out....that is final of course.

[5/27/16, 8:34:51 AM] Hunter Goodrich: We knew the insurance was good for 30 days

[5/27/16, 8:47:16 AM] Fritz  Kramer: I was on phone with Barbara.  Are you there?

[5/27/16, 8:48:45 AM] Hunter Goodrich: Yes

[5/27/16, 8:52:12 AM] Fritz  Kramer: wait....here I am.

[5/27/16, 8:52:56 AM] Fritz  Kramer: Herb, the most critical thing now is the line of credit.

[5/27/16, 8:54:54 AM] Fritz  Kramer: quick question:  throughout the transactions yesterday, I hope that you then could keep the emerald out of everything so that you don't have to  put it up for anything.  correct?

[5/27/16, 8:57:20 AM] Fritz  Kramer: are you there?

[5/27/16, 8:57:54 AM] Hunter Goodrich: Call – no answer

[5/27/16, 9:01:44 AM] Hunter Goodrich: Call – no answer

[5/27/16, 9:07:08 AM] Fritz  Kramer: Herb are you there now?

[5/27/16, 9:08:39 AM] Fritz  Kramer: Wayne has forwarded 9000 for the HSBC guy.  The schedule there now is:

[5/27/16, 9:09:19 AM] Hunter Goodrich: Driving to the bank

[5/27/16, 9:09:57 AM] Fritz  Kramer: and I pray (well I am not the praying type...but I am appealing to the higher power

[5/27/16, 9:10:09 AM] Fritz  Kramer: the way Mike Stranahan would put it.

[5/27/16, 9:11:52 AM] Fritz  Kramer: just for your information then:  the HSBC gold specialist in Johannesburg will send in the report on Saturday morning, SA time.

[5/27/16, 9:12:23 AM] Fritz  Kramer: with that, the report will be in, and the disbursement can be made, on Monday morning H.K. time.

[5/27/16, 9:13:07 AM] Hunter Goodrich: Tragically the bank has turned down the line of credit!!!!

[5/27/16, 9:13:11 AM] Fritz  Kramer: you said that this timing is not ideal...kind of late for your purposes.  What can we do to accommodate you beter

[5/27/16, 9:13:17 AM] Fritz  Kramer: WHAT????????????????????????????????????????

[5/27/16, 9:13:25 AM] Fritz  Kramer: NO

[5/27/16, 9:13:31 AM] Fritz  Kramer: NO, NO NO NO NO NO

[5/27/16, 9:13:40 AM] Fritz  Kramer: NO!!!

[5/27/16, 9:13:45 AM] Fritz  Kramer: OH MY GOD.

[5/27/16, 9:13:48 AM] Hunter Goodrich: Unfortunately YES

[5/27/16, 9:14:03 AM] Fritz  Kramer: wHAT ARE WE GONNA DO?

[5/27/16, 9:14:22 AM] Fritz  Kramer: HERB, serious...serilus serious serious

[5/27/16, 9:14:27 AM] Fritz  Kramer: this can

[5/27/16, 9:14:31 AM] Hunter Goodrich: What can we do?

[5/27/16, 9:15:06 AM] Fritz  Kramer: Herb are you sure?  It is hard to believe.  no, it cannot be

14

[5/27/16, 9:15:16 AM] Fritz  Kramer: noooo it cannot be
[5/27/16, 9:15:23 AM] Hunter Goodrich: I warned you this could happen
[5/27/16, 9:15:28 AM] Fritz  Kramer: Wayne has already sent his 9000
[5/27/16, 9:15:39 AM] Fritz  Kramer: Herb, what can we do????????????
[5/27/16, 9:16:01 AM] Fritz  Kramer: Herb, tell me the full full truth.... what happened?
[5/27/16, 9:16:10 AM] Hunter Goodrich: I have no answers at the moment
[5/27/16, 9:16:31 AM] Fritz  Kramer: no it cannot be.... what happened....something must have happe ned in between.
[5/27/16, 9:16:56 AM] Fritz  Kramer: did anybody change his mind?
[5/27/16, 9:17:25 AM] Fritz  Kramer: Herb tell me the plain truth.... exactly what happened.
[5/27/16, 9:17:55 AM] Fritz  Kramer: Herb, can you do something with the stone today?
[5/27/16, 9:18:03 AM] Hunter Goodrich: The underwriters at US BANK   Did not approve the credit line. Partially I suspect because he has an overdue tax payment to the state of CA
[5/27/16, 9:18:43 AM] Hunter Goodrich: Otherwise, they are not saying
[5/27/16, 9:19:12 AM] Fritz  Kramer: Herb, very collected now.....we cant go crazy now.  too much is at stake.
[5/27/16, 9:19:35 AM] Fritz  Kramer: we need 12k... we need to survive.
[5/27/16, 9:19:49 AM] Fritz  Kramer: we need the $1M over the weekend
[5/27/16, 9:20:11 AM] Hunter Goodrich: Fritz, I do not know if we can sell the stone or not. I'll have to think about this as I drive back home
[5/27/16, 9:21:20 AM] Hunter Goodrich: This is Memorial Day weekend and people are leaving town and banks are closed on Monday
[5/27/16, 9:21:56 AM] Fritz  Kramer: we need a solution today....you know.  after today we are dead.
[5/27/16, 9:22:18 AM] Hunter Goodrich: You're absolutely correct. We need the million this weekend
[5/27/16, 9:22:30 AM] Fritz  Kramer: I know it is a huge huge challenge.
[5/27/16, 9:23:08 AM] Fritz  Kramer: how can we proceed to get it done...well, it is so much in your court now...
[5/27/16, 9:23:15 AM] Fritz  Kramer: how do we do this?
[5/27/16, 9:23:23 AM] Hunter Goodrich: I'm going to drive now
[5/27/16, 9:24:22 AM] Hunter Goodrich: When I get home we can talk. You think about it as I drive.
[5/27/16, 9:25:08 AM] Fritz  Kramer: Lets talk as soon as you get there.
[5/27/16, 9:29:45 AM] Fritz  Kramer: Herb, thinking coolly:  can you approach someone to give you a personal loan of 12k, against a Promissory <Note plus the stone?
[5/27/16, 9:30:33 AM] Fritz  Kramer: could you possibly get the first group you had lunch with together once more, and introduce the Emerald as additional guarantee?
[5/27/16, 9:34:42 AM] Fritz  Kramer: Can the jeweler who made the evaluation of the Stone guide you to a buyer today, for a cash transaction for 12K?
[5/27/16, 9:35:37 AM] Fritz  Kramer: Will the jeweler himself be
[5/27/16, 9:36:48 AM] Fritz  Kramer: willing to give you 12000 for 4 days, with promissory note and the stone as guarantee?  And an interest of 2000 dollars or more?

[5/27/16, 9:36:52 AM] Hunter Goodrich: Already done all of those things. Good ideas but we've done that

[5/27/16, 9:37:37 AM] Fritz Kramer: then the best I should do is leave you to it....because you know best.

[5/27/16, 9:38:00 AM] Hunter Goodrich: The Jeweler is a very good friend but simply does not do this.

[5/27/16, 9:38:29 AM] Fritz Kramer: Would he do it for a best friend???????????????

[5/27/16, 9:38:36 AM] Hunter Goodrich: Your ideas are helpful. Keep them coming.

[5/27/16, 9:38:51 AM] Hunter Goodrich: He would not

[5/27/16, 9:38:56 AM] Fritz Kramer: I would do it if I was the jeweler.

[5/27/16, 9:41:05 AM] Fritz Kramer: Herb, you mentioned once that there is a gentleman that is a very good friend and lent you money...quite a bit....also when Robin was with you and helped cash the check. IF HE IS A GOOD FRIEND could you trust him and explain the situation, and deposit the stone with him and a promissory note?

[5/27/16, 9:42:11 AM] Fritz Kramer: a nd he, knowing that this is the solution for good...what pulls you out of the morass, is this one--he would do it for a friend, would he not?

[5/27/16, 9:43:41 AM] Fritz Kramer: Would the lady that had an interest in your gem but bought a car last week....would she go as far as use her credit line to get 12k, and thus buy the stone from you for 12k?

[5/27/16, 9:44:11 AM] Fritz Kramer: knowing that she gets a super deal...and that it is for a true emergency on your part?

[5/27/16, 9:46:56 AM] Fritz Kramer: do you belong to a Credit union that would grant a line of credit for 12k today?

[5/27/16, 9:47:33 AM] Fritz Kramer: Herb, what do you say?  what could work in your environment?

[5/27/16, 9:50:44 AM] Fritz Kramer: The way I am...the way I would do it...I would put myself in the hands of the best friend, with whom I could talk...he would know my background and difficulties....and he who would of course have the money.  And then  offer him the Stone as guarantee, plus 10 percent interest for 4 days.  And keep it confidential.  And I know that would work in my case.  And be totally open and honest about it.

[5/27/16, 9:52:29 AM] Fritz Kramer: There must be that real friend...

[5/27/16, 9:54:21 AM] Fritz Kramer: But getting back to the lady who bought a new car last week: to make the link with the personal emergency---and to seek her assistance.

[5/27/16, 10:01:12 AM] Fritz Kramer: And also, in general, there is nothing wrong with informing that you have worked with a personal friend of yours in Hong Kong, to bring to market a package of 30 kg raw gold that is now being offered to HSBC in Hong Kong, and that hour stake in the package is 20% ($200,000), and that 12k are needed to pay for a technical report. (ALL TRUE).  And that the report needs payment now, and the gold is sold on Monday. (ALL TRUE).  And that you can offer pay-back of 20,000 next week, and that as security you can offer the stone.  That to me would be powerful, and with the gem...there is really no risk. and it should work.

[5/27/16, 10:02:28 AM] Fritz Kramer: Herb, tell me when you are there...just so we can touch base.

16

[5/27/16, 10:11:12 AM] Fritz Kramer: You know Herb, in a situation like that I guess the TRUE friend makes the difference. It has got to be personal, very personal. With understanding and mutual trust. And open.

[5/27/16, 10:11:53 AM] Fritz Kramer: HERB, I HAVE ANOTHER GOOD GOOD GOOD ARGUMENT. HERB, WAIT:

[5/27/16, 10:16:05 AM] Fritz Kramer: You can state that tomorrow you will travel to Hong Kong to participate in the final sales transaction for 30kg on Monday. --- and for that (see above) you need 12k for the technical-legal-documentation research report, and for that you need the money today. And, by the way, this can actually be the case--you could travel. And combine this argument (all true) with the BEST FRIEND scenario who can see that with that you get out of your troubles. And in addition you deposit the Gem as guarantee.

[5/27/16, 10:17:19 AM] Fritz Kramer: COULD THE "BEST FRIEND" HERE also be a family member...sibling, mother, father, parents?

[5/27/16, 10:21:13 AM] Fritz Kramer: Can you include in the "best friend" category people who are Club members or music members who actually do know of your predicament, and know that you should not be going around looking for funds, but whom you can trust, and present the the facts to...and know that they wont stab you in the back?

[5/27/16, 10:30:27 AM] Fritz Kramer: You probably are on the road, looking for a solution...

[5/27/16, 10:32:10 AM] Fritz Kramer: <Herb, stay positive...you can and will do it. we must do it.

[5/27/16, 10:32:29 AM] Fritz Kramer: fortunately you have this valuable gem....it will play a role in any case.

[5/27/16, 10:51:39 AM] Hunter Goodrich: Call – no answer

[5/27/16, 10:52:18 AM] Fritz Kramer: sorry didn't mean to call. I will leave it to it! You have a cheerleader here! Power to you.

[5/27/16, 10:54:36 AM] Fritz Kramer: Your status light is on green. are you there?

[5/27/16, 11:13:28 AM] Hunter Goodrich: I am now. The best friend you are referring to is a Club member. It became obvious over the last few days that they gave been instructed not to communicate with me. Stephen cuts his hair and has agreed to contact him independent of me. We will see where that goes.

Your suggestion of flying to Hong Kong doesn't work. First, I can't Es fly by myself. Too many difficulties with speech and eating. I also do not know anyone there.

I hope you are trying to figure out other solutions. To help with the 30. That is the real target. With that money it gives you leverage to do many things including retrieving the big one even if it is sent back. Most importantly it provides immediate liquidity for your plans and for mine.

[5/27/16, 11:15:41 AM] Fritz Kramer: Herb, I cannot do anything from here at this stage.

[5/27/16, 11:15:58 AM] Fritz Kramer: you know I have exhausgted every every ev ery thing

[5/27/16, 11:16:23 AM] Fritz Kramer: Herb,

[5/27/16, 11:17:28 AM] Fritz Kramer: Herb it is the stone that has a role to play.

[5/27/16, 11:18:48 AM] Fritz Kramer: Herb, the club member....and Stephen.... it is so important that the two of you get together in private.

[5/27/16, 11:19:29 AM] Fritz Kramer: does he have 12k? today if it comes to that?

[5/27/16, 11:20:05 AM] Fritz  Kramer: Herb, please stay online right now...are you there?
[5/27/16, 11:20:48 AM] Fritz  Kramer: Herb, please stay online
[5/27/16, 11:21:30 AM] Hunter Goodrich: Call – no answer
[5/27/16, 11:22:00 AM] Fritz  Kramer: Herb?
[5/27/16, 11:22:52 AM] Fritz  Kramer: the best friend....he is key now I believe
[5/27/16, 11:23:39 AM] Fritz  Kramer: when you get together with him, is he sufficiently
trustworthy that you can talk with him as a true true friend and who will understand.
[5/27/16, 11:24:57 AM] Fritz  Kramer: can you talk with him with sufficient authority about
Hong Kong that he will not laugh at you?
[5/27/16, 11:25:19 AM] Fritz  Kramer: will he accept your stone as guarantee?
[5/27/16, 11:25:56 AM] Hunter Goodrich: You have to understand that it is in Stephen's hands
and must accommodate his work schedule today. It is his stone, it is his relationship. Yes, he has
the funds if he chooses to help.
[5/27/16, 11:25:56 AM] Fritz  Kramer: you know, travelling to H.K. is not so far out of the
question.  I can be there also.
[5/27/16, 11:26:49 AM] Fritz  Kramer: is it possible for the 3 of you to get together?
[5/27/16, 11:27:26 AM] Fritz  Kramer: it must work with 12k....it hangs all together.
[5/27/16, 11:28:32 AM] Hunter Goodrich: Fritz, you've made the suggestion. You must
understand if I meet with him it could kill the deal because of the Clubs warning to its
members.
[5/27/16, 11:28:37 AM] Fritz  Kramer: does Stephen know him as a friend also?
[5/27/16, 11:28:46 AM] Hunter Goodrich: Of course
[5/27/16, 11:30:09 AM] Fritz  Kramer: Is Stephen now with him?
[5/27/16, 11:31:31 AM] Fritz  Kramer: I come to think that Stephen is the motor force that
drives the arrangement, with Stephen proceeding in his commitment to assist you...
[5/27/16, 11:32:22 AM] Fritz  Kramer: and Stephen's offer of the Stone.... and Stephen asking
your best friend to join him without risk...because he will insist that the stone serves as
guarantee
[5/27/16, 11:32:51 AM] Fritz  Kramer: Herb are you there?
[5/27/16, 11:36:18 AM] Fritz  Kramer: Would you let Stephen go to H.K. on Sunday to be there
on Monday with me, if it comes to that?  Would that lend credibility to the argument with the
best friend?
[5/27/16, 11:39:21 AM] Fritz  Kramer: to me friendship, real friendship, is way above Club
recommendations/guidance.  It is personal, friend helping friend in need.
[5/27/16, 11:39:37 AM] Fritz  Kramer: can you appeal to your friend in those terms?
[5/27/16, 11:40:39 AM] Fritz  Kramer: Question:  is it possible to have lunch with your
friend...and the three of you working together?
[5/27/16, 11:43:25 AM] Fritz  Kramer: Come to think of it: yes, Stephen is taking the lead in
helping you, and he teams up with a mutual friend that will make it possible that Stephen can
help you.
[5/27/16, 11:44:21 AM] Fritz  Kramer: Can you have lunch with all three of you?
[5/27/16, 11:44:37 AM] Fritz  Kramer: to explain the urgency...and get results
[5/27/16, 11:45:14 AM] Fritz  Kramer: perhaps you will include a trip of Stephen to H.K., and I
will be there too.

18

[5/27/16, 11:46:35 AM] Hunter Goodrich: Fritz, you have no idea how significant and exclusive the Club is. Now that I have been expelled no current member is going to risk their membership by meeting with me. No, Stephen is not going to go to Hong Kong unless there is something really significant that must be done in person.

[5/27/16, 11:47:40 AM] Fritz Kramer: Then how is it going to work now?

[5/27/16, 11:49:22 AM] Fritz Kramer: Can Stephen present the situation to him without you being there? Will Stephen assume the responsibility of taking the leadership...so that Stephen will offer the Stone, and be responsible directly vis a vis your friend?

[5/27/16, 11:49:51 AM] Fritz Kramer: Will your friend have sufficient "friendship" with Stephen so that he actually would deal with Stephen?

[5/27/16, 11:50:06 AM] Fritz Kramer: and so that Stephen will pay back the money...and Stephen puts up the stone.

[5/27/16, 11:51:10 AM] Fritz Kramer: And can and will Stephen represent you and the need and the situation forcefully enough....so that the friend will trust him and open up?

[5/27/16, 11:51:46 AM] Fritz Kramer: Is Stephen there with him now?

[5/27/16, 11:54:06 AM] Fritz Kramer: should this approach not materialize, what other paths are you pursuing, or can pursue?

[5/27/16, 11:54:44 AM] Fritz Kramer: Herb, herb, can I have your attention once more?

[5/27/16, 11:57:07 AM] Fritz Kramer: you know, the gentleman who said that the deal was to complex, and also others that you had contacted: could you now, now now still approach them and introduce the stone as guarantee. and that tney could still act in the afternoon with 12k. and that they will get the money back within one week.

[5/27/16, 11:58:39 AM] Fritz Kramer: Am I talking too much?

[5/27/16, 12:02:56 PM] Fritz Kramer: Herb, given that it is a no-no for a Club Member to meet with you, I wonder if a personal note from you to him is advisable.

[5/27/16, 12:03:05 PM] Fritz Kramer: A note in which you explain

[5/27/16, 12:05:05 PM] Fritz Kramer: that you are on the way to a way out of the mess, and that Stephen is helping you, but that Stephen needs help to help you. and that Stephen only needs help with a short-term loan protected with the Gem.

[5/27/16, 12:06:11 PM] Fritz Kramer: I don't think he would turn down Stephen...Stephen helping you...and he would support Stephen....especially with the gem as guarantee.

[5/27/16, 1:29:57 PM] Fritz Kramer: I hope and trust that we are on the way to be ok.

[5/27/16, 1:30:03 PM] Hunter Goodrich: I'm way ahead of you. Stephen has sent a message to him and is waiting for a call. He has asked for both a purchase or a loan with the stone as collateral.

The guy yesterday who felt it was too complex was approached yesterday with the stone as collateral but by this point, he was too skeptical to reconsider.

[5/27/16, 1:30:48 PM] Fritz Kramer: Herb, that is good news...the way Stephen asked.

[5/27/16, 1:31:23 PM] Hunter Goodrich: I've got to continue searching. No time to talk.

[5/27/16, 1:31:34 PM] Fritz Kramer: yes!!!!!!!!!!!!!!!!!!!!!!!!1

[5/27/16, 3:37:34 PM] Fritz Kramer: Herb, how is it going? Is it working ojt with Stephen's/your friend? All I can do at this time is put things in your hands. Tell me that we are ok with the 12k tonight.

[5/27/16, 3:37:58 PM] Fritz Kramer: The deadlines are deadly now.

[5/27/16, 3:48:11 PM] Fritz Kramer: Herb, tell me that we are going to make it.

[5/27/16, 3:52:32 PM] Hunter Goodrich: Call – no answer

[5/27/16, 3:57:16 PM] Hunter Goodrich: Call – no answer

[5/27/16, 3:57:52 PM] Hunter Goodrich: Call – no answer

[5/27/16, 3:59:51 PM] Fritz Kramer: Give me a word of positive news. Is Stephen/your friend coming through? Tell me that we are going to make it.

[5/27/16, 4:03:56 PM] Hunter Goodrich: No positive news

[5/27/16, 4:04:17 PM] Fritz Kramer: what are the prospectds Herb<?

[5/27/16, 4:04:29 PM] Fritz Kramer: Is Stephen gonna come through?

[5/27/16, 4:05:27 PM] Fritz Kramer: Herb, is there a way to force it...we have to get it. It is our lives and that of many.

[5/27/16, 4:07:36 PM] Fritz Kramer: What are your next steps?

[5/27/16, 4:09:38 PM] Fritz Kramer: I am losing it. Herb, make it come through!!!!

[5/27/16, 4:12:20 PM] Fritz Kramer: at least that: is there hope?????????????

[5/27/16, 4:14:06 PM] Fritz Kramer: Herb, DO WHATEVER IT TAKES...WHATEVER IT TAKES...DO WHAT IT TAKES....MAKE IT HAPPEN.... ITS IN YOUR HANDS.  WHATEVER IT TAKES.  MAKE IT HAPPEN.

[5/27/16, 4:20:58 PM] Fritz Kramer: Just do it.

[5/27/16, 4:24:57 PM] Fritz Kramer: Can you present it as a personal emergency of the highest order--which it is--and get a friend to do it....even if you break some rule...its better to try than to let everything perish now.

[5/27/16, 4:27:58 PM] Hunter Goodrich: Call – no answer

[5/27/16, 4:51:19 PM] Fritz Kramer: HERB, DONT GIVE UP.  DO WHATEVER IT TAKES.  FORCE IT IF YOU CAN...WHATEVER THAT MEANS.  DO IT...TO IT. I WILL HOLD OFF CALLING JEAN PAUL ANDWAYNE. WE MUST IT DONE WE MUST GET IT DONE.  WE MUS GET IT DONE.

[5/27/16, 4:52:19 PM] Fritz Kramer: Even if the money only goes out in early morning....yes it would be aproblem but still, better than be dead.  we must get it done.  please do not give up.  it is 5 pm now...fight fight fight figt fight.

[5/27/16, 5:44:44 PM] Hunter Goodrich: TAlked to Stephen. He did not get a call this afternoon. He has not reached home to see if there was a reply email. But no news so far.

[5/27/16, 6:18:04 PM] Hunter Goodrich: The reply he received said he had already loaned money to me that was not repaid.  And his answer was no

[5/27/16, 6:40:28 PM] Hunter Goodrich: Call – no answer

[5/27/16, 7:01:10 PM] Hunter Goodrich: Call – no answer

[5/27/16, 7:01:44 PM] Hunter Goodrich: Call – no answer

[5/27/16, 7:02:22 PM] Fritz Kramer: Herb, are we dead????????????????????????

[5/27/16, 7:02:52 PM] Fritz Kramer: Jean Paul is writing many many many times.....totally scared.

[5/27/16, 7:03:02 PM] Fritz Kramer: are we dead????

[5/27/16, 7:03:07 PM] Hunter Goodrich: Fritz. there is nothing more to report tonight and I can't use the phone at the moment

[5/27/16, 7:03:20 PM] Hunter Goodrich: Sorry

[5/27/16, 7:03:26 PM] Fritz Kramer: omg....that is the end then

[5/27/16, 7:03:35 PM] Fritz  Kramer: the total end
[5/27/16, 7:03:40 PM] Fritz  Kramer: nothing at all?????????
[5/27/16, 7:03:44 PM] Fritz  Kramer: nothing?
[5/27/16, 7:03:57 PM] Hunter Goodrich: Nothing at all
[5/27/16, 7:04:15 PM] Fritz  Kramer: nothing for tomorrow?
[5/27/16, 7:05:02 PM] Hunter Goodrich: Possibly but not tonight. Banks are closed
[5/27/16, 7:05:23 PM] Fritz  Kramer: what do you say about possibly tomorrow?
[5/27/16, 7:06:11 PM] Hunter Goodrich: I can't hazard a guess. I thought today would be good
[5/27/16, 7:06:39 PM] Fritz  Kramer: are there any outstanding responses?
[5/27/16, 7:06:44 PM] Fritz  Kramer: anyone?
[5/27/16, 7:06:53 PM] Hunter Goodrich: Yes a couple
[5/27/16, 7:07:58 PM] Fritz  Kramer: please herb...this is the end right now....unless I don't know... tell me....what do you expect for tomorrow
[5/27/16, 7:08:11 PM] Hunter Goodrich: I have not given up
[5/27/16, 7:08:15 PM] Fritz  Kramer: jean paul will need to leave now now now....
[5/27/16, 7:08:38 PM] Fritz  Kramer: how good are they the ones for tomorrow.  please help evaluate
[5/27/16, 7:09:18 PM] Hunter Goodrich: You saw my response. Maybe 30%
[5/27/16, 7:09:59 PM] Hunter Goodrich: It is possible they are away for the weekend
[5/27/16, 7:10:31 PM] Hunter Goodrich: Or they are still at work
[5/27/16, 7:10:49 PM] Fritz  Kramer: you mean, still at work today?
[5/27/16, 7:11:09 PM] Fritz  Kramer: Herb, you are so calm
[5/27/16, 7:11:54 PM] Hunter Goodrich: Sure. High tech guys frequently work until midnight
[5/27/16, 7:12:32 PM] Hunter Goodrich: You told me to be remember
[5/27/16, 7:12:40 PM] Fritz  Kramer: only 30% success you would assign?
[5/27/16, 7:12:59 PM] Hunter Goodrich: It's simply a guess
[5/27/16, 7:13:39 PM] Fritz  Kramer: Herb, I saw the note from your friend....
[5/27/16, 7:14:23 PM] Hunter Goodrich: Did I send it to you?
[5/27/16, 7:14:41 PM] Fritz  Kramer: that was not how I thought it would work....it would have required a deeply personal and insistent and sincere and confidential approach to him laying out what is at stake
[5/27/16, 7:14:59 PM] Fritz  Kramer: no, you did not...just the
[5/27/16, 7:15:15 PM] Fritz  Kramer: words that he already gave you money
[5/27/16, 7:15:24 PM] Fritz  Kramer: Is there a note?
[5/27/16, 7:15:45 PM] Fritz  Kramer: to you...was it more personal and friend to friend
[5/27/16, 7:15:59 PM] Hunter Goodrich: You mean a promissory note?
[5/27/16, 7:16:27 PM] Fritz  Kramer: No Herb.  no....  your best friend...and your interation with him
[5/27/16, 7:17:00 PM] Hunter Goodrich: He is not. My best friend
[5/27/16, 7:17:20 PM] Fritz  Kramer: Herb can you go to your best friend...omg yessssssssssssssssssss
[5/27/16, 7:17:51 PM] Fritz  Kramer: we are dead herb....herb we are dead as it is now
[5/27/16, 7:17:54 PM] Fritz  Kramer: we are dead
[5/27/16, 7:18:10 PM] Fritz  Kramer: jean paul is gone in a few minutes

[5/27/16, 7:18:14 PM] Hunter Goodrich: My best friends are not even speaking to me!!!! And one has no money to give

[5/27/16, 7:18:28 PM] Fritz  Kramer: and HSBC will be gone too

[5/27/16, 7:18:53 PM] Hunter Goodrich: I know what gone means Fritz

[5/27/16, 7:19:21 PM] Fritz  Kramer: what do we do now----

[5/27/16, 7:19:28 PM] Fritz  Kramer: what do we do

[5/27/16, 7:20:04 PM] Hunter Goodrich: Fritz, you are the mastermind.

[5/27/16, 7:20:27 PM] Hunter Goodrich: I have to stop now. Dinner is here

[5/27/16, 7:20:30 PM] Fritz  Kramer: omg....I ran out of options two days ago

[5/27/16, 7:20:56 PM] Fritz  Kramer: Herb...

[5/27/16, 7:54:26 PM] Hunter Goodrich: Fritz  Stef just told me there might be a guy recommended by his bank that might a possible buyer.

[5/27/16, 7:54:48 PM] Fritz  Kramer: oh yesssssssssssssssssssssssssssssss!

[5/27/16, 7:54:51 PM] Fritz  Kramer: yes

[5/27/16, 7:55:03 PM] Fritz  Kramer: ayyyyyyy that is good that is good that is good that is good

[5/27/16, 7:55:15 PM] Hunter Goodrich: He couldn't reach him today but will try in the morning

[5/27/16, 7:55:35 PM] Fritz  Kramer: is he in town?

[5/27/16, 7:57:38 PM] Hunter Goodrich: I'm pretty sure he won't buy it for $12,000 but he might pay enough for the 30. We have no idea but the bank says he is a reputable long time customer

[5/27/16, 7:58:20 PM] Fritz  Kramer: YES YES YES.....YES...  YES....IS HE IN TOWN TOMORROW?

[5/27/16, 7:58:37 PM] Hunter Goodrich: We don't know

[5/27/16, 7:58:43 PM] Fritz  Kramer: AHHHH

[5/27/16, 7:59:06 PM] Hunter Goodrich: But let's think positive

[5/27/16, 7:59:51 PM] Fritz  Kramer: YES!!!!!!!!!!!!!!!!!!!!!!!!!!  AND HERB WE MUST MAKE IT TOMORROW.  WHATEVER IT TDAKE.....AND MAKE IT FOR 12 IN THE END..... WE MUST

[5/27/16, 8:00:51 PM] Hunter Goodrich: At least there is hope

[5/27/16, 8:01:13 PM] Hunter Goodrich: Good night

[5/27/16, 8:01:21 PM] Fritz  Kramer: GOOD NIGHT

[5/28/16, 6:41:25 AM] Fritz  Kramer: Herb, I am here....

[5/28/16, 7:11:09 AM] Fritz  Kramer: Lang Antique and Estate Jewelry

Herb, you may have long dealt with them, but this high class jewelry seller and buyer in San Francisco looks great:

http://www.langantiques.com/

309 Sutter St. San Francisco • Mon-Sat 10:30-5:30

They have BUYER staff there Monday to Friday, but I would think that if it is an important transaction like Stephan/yours, then they would be available on Saturday today, also.

What do you think?

22

[5/28/16, 7:31:49 AM] Fritz  Kramer: Herb, today is it...by definition.  Lets do it.  And as far as I am concerned, you know that the emerald of Stephen is the crown jewel that will safe the day, and our lives!  I just know.  And give it the respect that it deserves.  And if you have to sell it for only the money for the HSBC $1M deal, so be it, because I sure recognize the full assessed value and much more.  You know that.

[5/28/16, 7:33:03 AM] Fritz  Kramer: are you there?

[5/28/16, 7:36:21 AM] Hunter Goodrich: Stefn is very pissed at me for pressing him on this sale. He is liable to walk away if I press harder. Doing the best I can but he is very suspicious that this is just another chapter of empty promises

[5/28/16, 7:37:36 AM] Hunter Goodrich: We have no internet, phone or TV. COMCAST IS OUT,

[5/28/16, 7:38:14 AM] Hunter Goodrich: I'm going through my cell phone.

[5/28/16, 7:38:21 AM] Fritz  Kramer: Truly, I understand.  But here, it is not my empty promises. You have been part and party to the history and evelopments in h.k.

[5/28/16, 7:40:27 AM] Fritz  Kramer: I having been working with Wayne...I have come to appreciate Wayne very much.  So solid, and so determined to make it work, even though the agency is not in this business, and the big boss is not letting this to come to dominate the agency.

[5/28/16, 7:41:33 AM] Hunter Goodrich: Yes, every painful step. But all I have is your word.,I've never met Wayne and anyone calling on a phone saying he is Wayne could be the King of Siam and I wouldn't know.

[5/28/16, 7:41:46 AM] Fritz  Kramer: I have come to TRUST Wayne, and can see how much background work is going into this...and how stong the relationship with HSBC is on this.

[5/28/16, 7:42:28 AM] Fritz  Kramer: Herb, you have to take my word on this.  This is it!!!!!!

[5/28/16, 7:43:12 AM] Fritz  Kramer: Herb did you see the reference to Lang Antiques Jewelry?

[5/28/16, 7:43:45 AM] Fritz  Kramer: that aint some pawn shop... looks highly professional.

[5/28/16, 7:51:53 AM] Fritz  Kramer: http://www.langantiques.com/

STORE HOURS

Monday to Saturday 10:30 AM to 5:30 PM
LOCATION

309 Sutter St.
San Francisco, CA 94108

[5/28/16, 8:02:37 AM] Fritz  Kramer: I communicated with Wayne 12 hours ago, and let him know that we are not yet there.  And that it would be done today.  And he communicated with South Africa to confirm this schedule.

[5/28/16, 8:03:53 AM] Hunter Goodrich: Promising money that doesn't exist is dangerous.

[5/28/16, 8:04:34 AM] Hunter Goodrich: We will see what Stefn can do.

[5/28/16, 8:04:46 AM] Fritz  Kramer: Well he knows that we do not have it yet

[5/28/16, 8:05:09 AM] Hunter Goodrich: Does he realize we may not get it?

[5/28/16, 8:06:11 AM] Fritz  Kramer: yes...but of course has faith that we will have it.  He has come up with 9000...and 6000 "should" be possible on our side.

23

[5/28/16, 8:07:18 AM] Fritz Kramer: Can you pursue 6000 also with your remaining few contacts that you referred to yesterday?

[5/28/16, 8:08:12 AM] Hunter Goodrich: Trust is very special Fritz. Nobody here trusts you and consequently nobody trusts me because I have trusted you and come up empty every time.

[5/28/16, 8:08:54 AM] Hunter Goodrich: It is the ugly but plain truth.

[5/28/16, 8:10:24 AM] Hunter Goodrich: If there was trust, there would not be hesitation from your many investors. Even Barbara, who trusts you so much wants her name off the papers.

[5/28/16, 8:11:43 AM] Hunter Goodrich: She has signed all the releases but we both know that repapering will be expensive, even on the documents on the big one that are faked.

[5/28/16, 8:14:08 AM] Fritz Kramer: Herb, careful there: there are no faked documents, and I have long worked with Barbara to show that a name change is not advisable.  Besides the export documentation is done with her name.

[5/28/16, 8:15:20 AM] Hunter Goodrich: The one person who could give you street cred is Robin because she knows you, lived with you, got you out of jail, but you have marginalized her. We both know why.

[5/28/16, 8:16:31 AM] Fritz Kramer: Herb, we are talking about the sale of the 30kg now now now...in hours...or never.  Please Herb, lets concentrate on this now.

[5/28/16, 8:17:43 AM] Fritz Kramer: Jean Paul barely managed this morning to explain why the MoneyGrams that were announced are not there now, with the insurance moneuy.

[5/28/16, 8:18:48 AM] Fritz Kramer: He is holding the fort on a hour to hour basis.... and I asked him to try to be strong and wait for the finalization of our work today...now...now

[5/28/16, 8:18:49 AM] Hunter Goodrich: Fritz, I am talking about the 30 and how hard finding $6000 is when you and I carry so much baggage. What story did he make up to slide by this time?

[5/28/16, 8:19:55 AM] Fritz Kramer: Actually he sat down with the Secretary, and

[5/28/16, 8:20:29 AM] Hunter Goodrich: You and I are pushing Stephen harder than we should and his trust is at an all time low.

[5/28/16, 8:20:58 AM] Fritz Kramer: she understands now that the money has not been actually been sent.  And she understands, but cautions that all must be done to have money there on Monday.

[5/28/16, 8:23:08 AM] Fritz Kramer: Herb, I hope that Stephen can give "us" the benefit of the doubt.  He should know the arduous work behind us with the 30kg in Hong Kong, and the iterations we had to give it to be able to sell to HSBC.

[5/28/16, 8:24:00 AM] Hunter Goodrich: We cannot print our own currency. If Stef cannot reach the guy in Burlingame, I'll try the place you suggested. But if buyers are not there on Saturday, it will likely be a waste of time.

[5/28/16, 8:24:54 AM] Fritz Kramer: Herb, where is Burlingame?

[5/28/16, 8:25:27 AM] Hunter Goodrich: 20 minutes south of the city.

[5/28/16, 8:25:58 AM] Fritz Kramer: Is he a private individual, or has a business?

[5/28/16, 8:26:16 AM] Hunter Goodrich: Between San Francisco and San Mateo

[5/28/16, 8:26:55 AM] Hunter Goodrich: He has a private business.

[5/28/16, 8:27:18 AM] Fritz Kramer: ayyy I hope he can reach him!!!!!!!!!!!!!!!!!!!!  ayy yesssssssssssssss

[5/28/16, 8:27:18 AM] Hunter Goodrich: Stef tried reaching him yesterday and failed.

24

[5/28/16, 8:28:23 AM] Hunter Goodrich: Remember, this is Memorial Day weekend and many people are enjoying the three day weekend.

[5/28/16, 8:30:01 AM] Fritz Kramer: Herb, our very lives are at stake...herb...we are so close. we cant fail. we must make it today. Herb. we must survive! we have the goods, we have everyting in place, we have 9000..we need 6000.

[5/28/16, 8:30:35 AM] Hunter Goodrich: Stop the whining!!!

[5/28/16, 8:31:37 AM] Fritz Kramer: are you in contact with other possibilities this morning?

[5/28/16, 9:56:33 AM] Fritz Kramer: it looks to me that Lang Jewelry can and will buy gems on Saturday, provided that one of the staff also is a buyer. Either Suzanne Martinez or Mark Zimmelmann (co-owners both)--if any one of them is there, then for sure.

[5/28/16, 10:32:58 AM] Hunter Goodrich: Call – no answer

[5/28/16, 11:07:45 AM] Hunter Goodrich: As I was afraid if. Stephen is really upset and is not treating this as a priority.

[5/28/16, 11:08:24 AM] Fritz Kramer: Herb, we need to turn this around for him.

[5/28/16, 11:08:50 AM] Hunter Goodrich: I am trying to figure out what to do. I need to see if he left the jewel here or if he took it with him.

[5/28/16, 11:09:03 AM] Fritz Kramer: Yes please do.

[5/28/16, 11:09:18 AM] Hunter Goodrich: I can't sell it without his permission

[5/28/16, 11:09:19 AM] Fritz Kramer: Did he get in touch with the potential buyer?

[5/28/16, 11:09:38 AM] Hunter Goodrich: Not even tried yet

[5/28/16, 11:10:15 AM] Fritz Kramer: no, no, no....ayy herb, is Stephen there now?

[5/28/16, 11:10:42 AM] Fritz Kramer: is the stone there?

[5/28/16, 11:10:50 AM] Hunter Goodrich: No, he is in Burlingame at the bank

[5/28/16, 11:11:21 AM] Hunter Goodrich: I have not looked yet to see if the stone is here

[5/28/16, 11:11:34 AM] Fritz Kramer: is he then working on the process????? isn't it a good sign that he is there at the bank?

[5/28/16, 11:11:56 AM] Fritz Kramer: might it be that he is taking it very seriously and is working on it?

[5/28/16, 11:12:13 AM] Hunter Goodrich: No. He is there for a totally different reason

[5/28/16, 11:12:25 AM] Fritz Kramer: oh no.

[5/28/16, 11:12:51 AM] Fritz Kramer: can you please check to see if the stone is there in the house now?

[5/28/16, 11:13:10 AM] Hunter Goodrich: I just talked with him and he is very upset and cut the conversation short

[5/28/16, 11:13:34 AM] Hunter Goodrich: I will be looking in a minute

[5/28/16, 11:13:54 AM] Fritz Kramer: what did he manage to say on the phone?

[5/28/16, 11:13:56 AM] Hunter Goodrich: I just wanted to update you

[5/28/16, 11:15:36 AM] Fritz Kramer: I can update you on my conversation with Wayne, 30 minutes ago...it is 2 am in Hong Kong

[5/28/16, 11:15:59 AM] Fritz Kramer: Please stay there for this conversation now.

[5/28/16, 11:16:02 AM] Fritz Kramer: please

[5/28/16, 11:16:21 AM] Hunter Goodrich: To leave him alone. He had more important business matters to attend to.

25

[5/28/16, 11:17:24 AM] Hunter Goodrich: He just called back. He called the guy, got no answer and left a message for him to call him.

[5/28/16, 11:17:45 AM] Hunter Goodrich: He does not have the stone with him

[5/28/16, 11:18:21 AM] Hunter Goodrich: That is all he is willing to do

[5/28/16, 11:18:47 AM] Hunter Goodrich: I'm going out to see what I can do

[5/28/16, 11:19:16 AM] Hunter Goodrich: I'll keep in touch

[5/28/16, 11:19:22 AM] Fritz  Kramer: Herb, can I talk to you REAL Quick

[5/28/16, 11:19:31 AM] Fritz  Kramer: real quick.

[5/28/16, 11:19:39 AM] Fritz  Kramer: real quick.

[5/28/16, 11:28:02 AM] Fritz  Kramer: type real quick...with mistakes and all...just to get the idea across

[5/28/16, 11:28:39 AM] Hunter Goodrich: I am going out but will have better luck contacting people who I know that don't have an association with the Clubs. Everyone locally who has a knowledge of what is going on will be very wry of giving any money.

[5/28/16, 11:29:56 AM] Fritz  Kramer: YESSSS GOOOD!   I know you can do it. oh yesss. (question, can you offer the stone as deposit/guarantee?  Will Stephen agree to that...that is not selling...just as guarantee.

[5/28/16, 11:31:24 AM] Hunter Goodrich: Stefn will negotiate with the guy in Burlingame if he calls him back. At the moment all he has is his phone number and their mutual banker.

[5/28/16, 11:32:08 AM] Hunter Goodrich: If pressed, I expect he will agree to use the stone but not happily

[5/28/16, 11:32:52 AM] Hunter Goodrich: OK  I've got to get moving.

[5/28/16, 11:33:09 AM] Fritz  Kramer: but that means that you can offer it, of course knowing that he needs to agree in the final analuysis

[5/28/16, 11:33:19 AM] Fritz  Kramer: <Ok tgo go go go go gopt  go go

[5/28/16, 11:33:19 AM] Hunter Goodrich: Yes

[5/28/16, 11:33:41 AM] Fritz  Kramer: GO!!!!  REMEMBER THE MONEY COULD ALSO BE SENT TOMORROW SUNDAY

[5/28/16, 12:16:16 PM] Fritz  Kramer: While you are out... "I KNOW YOU CAN AND WILL DO IT...HAVE 6K IN HAND BEFORE BANK CLOSING." I KNOW IT.

[5/28/16, 12:16:40 PM] Fritz  Kramer: AND WE HAVE $1m ON  MONDAY NOON TIME!!!!

[5/28/16, 2:13:57 PM] Hunter Goodrich: I went to my office to see if by chance a $50,000 refund check had come. Instead I got a bill from the state for $36,000 and my lawyer for $33,600!!!

[5/28/16, 2:15:40 PM] Hunter Goodrich: Then I went to Langs but they said the setting was too modern for them. They sent me to a pawn shop and they offered a few hundred!!!!

[5/28/16, 2:16:24 PM] Hunter Goodrich: So a total strike out thus far

[5/28/16, 2:17:10 PM] Hunter Goodrich: Very discouraging day so far. I'm not sure where to turn next.

[5/28/16, 2:20:17 PM] Hunter Goodrich: Stefn has not received any reply to his message

[5/28/16, 2:20:35 PM] Hunter Goodrich: He called a second time.

[5/28/16, 3:06:03 PM] Hunter Goodrich: It turned out to be right where I was parked. They looked at it, their gemologist looked at it and offered $2000

[5/28/16, 3:06:58 PM] Hunter Goodrich: I asked for $8,000 and they laughed

[5/28/16, 3:07:20 PM] Fritz Kramer: Why did they laugh?  the valuation is for 19000 dollars
[5/28/16, 3:07:36 PM] Hunter Goodrich: They said the color was not green enough
[5/28/16, 3:08:02 PM] Hunter Goodrich: That is for insurance purposes
[5/28/16, 3:08:56 PM] Fritz Kramer: Can you still work with a private individual...a friend...for a loan of 6000? and the gem as deposit.
[5/28/16, 3:09:22 PM] Hunter Goodrich: Still looking at that option.
[5/28/16, 3:09:47 PM] Fritz Kramer: is there an individual that is actually available now?
[5/28/16, 3:09:56 PM] Hunter Goodrich: I need to find the right person who can write a check
[5/28/16, 3:10:24 PM] Fritz Kramer: do you have the means to find the right person?
[5/28/16, 3:10:31 PM] Fritz Kramer: at this time?
[5/28/16, 3:11:14 PM] Hunter Goodrich: Probably a lady. I know one to ask but her son is a member of the Club and I owe him money
[5/28/16, 3:11:57 PM] Fritz Kramer: ayy, that is a bit tricky.  Is there a good way to get around this?
[5/28/16, 3:12:35 PM] Fritz Kramer: or can you make it with a personal plea... because it is a personal emergency...
[5/28/16, 3:12:43 PM] Hunter Goodrich: I know a couple others but they are in a cruise this weekend and I have borrowed from them before
[5/28/16, 3:13:44 PM] Hunter Goodrich: Fritz the basis for all the requests has been for a personal emergency
[5/28/16, 3:14:09 PM] Hunter Goodrich: It was never anything except that
[5/28/16, 3:14:12 PM] Fritz Kramer: about the lady, with the son.... can you talk to her now? is it safe to do?
[5/28/16, 3:14:36 PM] Hunter Goodrich: It will be a waste of time
[5/28/16, 3:15:08 PM] Fritz Kramer: in that case, what next?  how to best use your time?
[5/28/16, 3:15:44 PM] Fritz Kramer: can you show the 50,000 refund you expect and present the immediate need for 6000?
[5/28/16, 3:15:55 PM] Hunter Goodrich: Find others to ask. I don't know any other option
[5/28/16, 3:16:46 PM] Fritz Kramer: Is there anyone that you can call right now?  the time is advancing so much.
[5/28/16, 3:17:51 PM] Hunter Goodrich: No, if I used that check in this manner, I would go to jail. It is absolutely forbidden but I might have gotten by with it for three or four days with the long weekend
[5/28/16, 3:18:19 PM] Hunter Goodrich: But it is a moot point
[5/28/16, 3:18:58 PM] Fritz Kramer: why is it a moot point?  if the check comes in on Tuesday, you will already have gotten the money from Hong Kong.
[5/28/16, 3:19:51 PM] Fritz Kramer: so the check can be used as "guarantee".  And I make sure you have the money from h.k. immediatelyl
[5/28/16, 3:20:50 PM] Fritz Kramer: could you not then show the 50k that you are expecting...and ask for 6k now, and promise to pay back the 6k plus whatever you owe the son from before?
[5/28/16, 3:21:05 PM] Hunter Goodrich: But anybody who I told that story to could easily check it out first. Besides, it is already earmarked to pay the lawyer!!! And she knows it.

[5/28/16, 3:21:49 PM] Fritz Kramer: but then, could she not receive the gem stone as guarantee?

[5/28/16, 3:21:57 PM] Hunter Goodrich: Fritz, nobody who knows me well from the clubs is running for cover

[5/28/16, 3:22:22 PM] Hunter Goodrich: I mean anybody

[5/28/16, 3:22:52 PM] Fritz Kramer: But Herb....if the lady knows you well, and knows about your predicament, and you can talk to her in confidence, can she not react today?

[5/28/16, 3:23:20 PM] Hunter Goodrich: And this kind of fraud is exactly what they are running from.

[5/28/16, 3:23:58 PM] Fritz Kramer: no, no fraud...don't use the 50k check..... just the emerald.

[5/28/16, 3:24:30 PM] Hunter Goodrich: Fritz, she is a lovely lady and I will not put her in a difficult position

[5/28/16, 3:25:26 PM] Hunter Goodrich: She will ask her son and then more shit happens

[5/28/16, 3:25:29 PM] Fritz Kramer: no, its not that...and you are not putting her in difficulties. We both know that on Monday you will have your money in H.K.

[5/28/16, 3:26:17 PM] Hunter Goodrich: Are you kidding? I'm not telling anybody about HK!!!

[5/28/16, 3:27:03 PM] Hunter Goodrich: They would never believe me

[5/28/16, 3:27:37 PM] Hunter Goodrich: We are wasting time. I've got to get moving now

[5/28/16, 3:28:21 PM] Fritz Kramer: ok....Herb please tell me that you have something in mind.... please do.... I will let you go.

[5/28/16, 3:28:43 PM] Hunter Goodrich: Goodbye

[5/28/16, 3:28:46 PM] Fritz Kramer: please, or I worry too much'

[5/28/16, 3:29:14 PM] Fritz Kramer: just say yes

[5/28/16, 4:55:48 PM] Hunter Goodrich: Stephen is trying a Hail Mary to his best girlfriend. I'm going to the yacht club to see if I can buttonhole someone

[5/28/16, 5:04:50 PM] Fritz Kramer: Herb, do not give up until the last moment. We must get it done you know. Do not give up.

[5/28/16, 5:12:46 PM] Hunter Goodrich: Call – no answer

[5/28/16, 6:37:45 PM] Fritz Kramer: Lets not give up...money can be sent tomorrow (cash unfortunately)

[5/28/16, 8:44:38 PM] Fritz Kramer: Herb, how is it now

[5/28/16, 8:56:17 PM] Hunter Goodrich: Call – no answer

[5/28/16, 9:03:52 PM] Hunter Goodrich: Made progress at the yacht club. Saw a lady friend from Hollywood. She saw the emerald. She said a friend of hers might be interested. She took the appraisal. I am emailing her a picture and we will see where it goes. She wants to help. So this is good.

[5/28/16, 9:05:19 PM] Fritz Kramer: Herb this is good....please stay there

[5/28/16, 9:05:51 PM] Fritz Kramer: Herb, please do listen...

[5/28/16, 9:07:46 PM] Fritz Kramer: We (you and I) are now in a complicated situation: it is Sunday now in South Africa. And we must somehow manage to have the 6000 in by Sunday night your time.

[5/28/16, 9:08:29 PM] Fritz Kramer: so we must manage things on your Sunday. can we get cash on Sunday?

28

[5/28/16, 9:11:28 PM] Fritz  Kramer: it is labor day sunday...and I am sure on the buyers side they are not in a race to buy...and you cant appear to be desperate.

[5/28/16, 9:12:07 PM] Fritz  Kramer: somehow we have to work together and make it work.

[5/28/16, 9:12:59 PM] Fritz  Kramer: you need your money from h.k. on Sunday (your time) i.e., in time for the Monday meeting.

[5/28/16, 9:16:45 PM] Fritz  Kramer: I have waited until now to inform Kisangani.... and there the money is also needed on Monday.  Have to manage how to do it.

[5/28/16, 9:18:37 PM] Fritz  Kramer: Most important now:  how to get 6000 to HSBC by Sunday night....and we can do it.  It will require our total attention.  I know we can do it.

[5/28/16, 9:19:43 PM] Fritz  Kramer: because your lady friend wants to help you.  That is the key.

[5/28/16, 10:35:42 PM] Fritz  Kramer: Herb, are u there?

[5/28/16, 10:36:03 PM] Fritz  Kramer: Herb, are u there?

[5/28/16, 2:18:35 AM] Fritz  Kramer: It would help me so very much if you would help me with a followup to your post about the Hollywood lady.

It is because of the timing, and the need to beat the deadline so that we have the H.K. money by Sunday night your time.

How can we engineer it?  If you have a minute during your night and happen to be up, let me know.  Please

[5/29/16, 6:14:45 AM] Hunter Goodrich: Call – no answer

[5/29/16, 6:16:14 AM] Fritz  Kramer: Herb, even though it is very very early, can you come on Skype.

[5/29/16, 6:36:49 AM] Hunter Goodrich: Good morning. We are still alive

[5/29/16, 6:37:10 AM] Fritz  Kramer: Good morning Herb!!!!!!!!!!!!!!!!!!!

[5/29/16, 6:37:14 AM] Hunter Goodrich: There are two possibilities

[5/29/16, 6:37:39 AM] Hunter Goodrich: Stef's friend

[5/29/16, 6:37:57 AM] Fritz  Kramer: Yes yes yesssssssssssssssss I have so much to report to you too...but the issue is the n6000 todau

[5/29/16, 6:38:17 AM] Fritz  Kramer: Yes, yes, you mentioned the Hail Mary! yes

[5/29/16, 6:38:18 AM] Hunter Goodrich: And my Hollywood gal

[5/29/16, 6:38:35 AM] Fritz  Kramer: that's fancy...

[5/29/16, 6:38:43 AM] Fritz  Kramer: nice company you keep

[5/29/16, 6:39:40 AM] Fritz  Kramer: Herb, can I fill you in quickly about time stuff today.

[5/29/16, 6:39:47 AM] Hunter Goodrich: Then we have to have great luck

[5/29/16, 6:40:58 AM] Fritz  Kramer: OK, me first.... ok?

[5/29/16, 6:41:50 AM] Fritz  Kramer: Please stay on here until we are on same page re all.

[5/29/16, 6:42:40 AM] Hunter Goodrich: Ok

[5/29/16, 6:44:55 AM] Fritz  Kramer: We, you and I, can and will work together so that we can get the $1M by  midnight today (your time), and thereby get you the 200k on their way before your meeting on >Monday, AND WE WILL HAVE SECURED THE BIG SHIPMENT.  That is the goal: and we can do it!

29

[5/29/16, 6:47:54 AM] Fritz Kramer: Now, Kisangani is a real challenge: we have to instill enough determination in Jean that he will stay put and face the people there so that we have time for the H.K. money to get there to Kisangani by 2 pm tomorrow-----EVEN THOUGH THE EXPECTATION IS THAT AT LEAST 5600 BE THERE EARLIEST IN THE MORNING.

[5/29/16, 6:49:34 AM] Fritz Kramer: But as long as we manage to send 6000 today....THEN WE CAN MANAGE. I know. I can describe the exact scenario. But that, later. After you. But basically, there is reason for hope...and much more than that: we will get it done.

[5/29/16, 6:51:07 AM] Hunter Goodrich: Ok

[5/29/16, 6:51:52 AM] Fritz Kramer: By the way: I have several emails from Jean where he begs us to give him clear indications that would give him reason to stay beyond tonight. Please understand: he is very exposed (as you know), with the Ministry, THE INSURANCE!!!, the doctor, the creditors watching his every step.

[5/29/16, 6:52:46 AM] Fritz Kramer: I am in communication with Wayne...he is keeping his one telephone with him ALL the time, day and night.... so that we can coordinate every minutiae.

[5/29/16, 6:58:17 AM] Fritz Kramer: One more thing please Herb: we have to make this work, and I ask you to be with me all the way. Forget about the long-distance conspiracy theories of old and all that non-sense, and we being victims of whatever. Not you! Lets grab this last-100 yards by the horn and get it done. You have my commitment to never let you down, and for me to execute all that I have committed to execute. And >I need your full cooperation. Together we can and will do it. <Please do not even address this paragraph. let us just take it as a given that we will work together and get it done....and that you can count on me all the way.

[5/29/16, 6:58:45 AM] Hunter Goodrich: There is a Wells Fargo bank open from 11:09-4:00 today where cash is possible

[5/29/16, 6:59:20 AM] Fritz Kramer: Wowwwwww! that is very very good news. That happens to be a most important detail.

[5/29/16, 7:08:26 AM] Fritz Kramer: One good thing: I know from past experience and from what you have said: you yourself are an expert logistics professional. Then, even though you might doubt it at time, I happen to be quite good at guiding an action program through a mine field, and am also more than ok on logistics. And third, there is Wayne: I take my hat off: he is very good at it, always one step ahead. SO, TOGETHER, WE CAN GET IT DONE.

[5/29/16, 7:15:48 AM] Fritz Kramer: One more aside as you are giving me your information: Jean has looked for $12,000 locally so that a representative can go to the High Court and collect the $276,000. (That would solve tons of problems right there!!!). But no, we cannot get $12,000--not while we owe money to the ministry, the doctor, the various small loan providers.)

[5/29/16, 7:16:34 AM] Fritz Kramer: And the Russia Lady has nothing and is more than unreliable, and the lumberman turned us down too.

[5/29/16, 7:17:39 AM] Fritz Kramer: Trying to work with local monies is treacherous. Just think of the family!!! and yes, the lumberman who demanded his money back.

[5/29/16, 7:19:24 AM] Fritz Kramer: ooops.... are you there?

[5/29/16, 7:22:46 AM] Hunter Goodrich: Yes

30

[5/29/16, 7:25:04 AM] Fritz Kramer: would you think it best that I leave things San Francisco for today with you without me budding in.... just leave it all to you, knowing that you know best what and how and why to do things?

[5/29/16, 7:26:17 AM] Fritz Kramer: I stand ready to help in whatever form you think I can....and of course I will do the coordination with Wayne/HSBC, and with Jean.

[5/29/16, 7:27:24 AM] Fritz Kramer: (what chapter of the book are we working on today? :)

[5/29/16, 7:28:30 AM] Hunter Goodrich: There isn't anything you can do here. We need to first get someone to say yes and go from there. It will mean hoping they bank with Wells Fargo. If they do, an online transfer is possible or meeting at the one location open to withdraw cash.

[5/29/16, 7:29:41 AM] Hunter Goodrich: Then sending it will present a different challenge but with CVS we can do that.

[5/29/16, 7:29:42 AM] Fritz Kramer: ok.  I know it, and have the positive feeling, that things will work out just fine.

[5/29/16, 7:30:57 AM] Hunter Goodrich: We have had only one encouraging feedback but it is only 7:30 in the morning here

[5/29/16, 7:32:22 AM] Hunter Goodrich: I would not expect any action until  8:00 or 9:00

[5/29/16, 7:32:29 AM] Fritz Kramer: I wish you/us the most successful Sunday!  One for the book!

[5/29/16, 7:32:51 AM] Fritz Kramer: Count on me.

[5/29/16, 7:34:02 AM] Hunter Goodrich: The situation in DRC is crazy. You can't get funds without funds

[5/29/16, 7:34:48 AM] Hunter Goodrich: Typical government / banking bull crap

[5/29/16, 7:35:37 AM] Fritz Kramer: That is formal procedure there at the High Court:  first you pay for whatever they are billing you for, and then you get your money.

[5/29/16, 7:50:31 AM] Hunter Goodrich: Are you done?

[5/29/16, 7:51:02 AM] Fritz Kramer: oh yes, long time ago.

[5/29/16, 7:51:27 AM] Hunter Goodrich: Ok, I'll keep you posted

[5/29/16, 7:51:56 AM] Fritz Kramer: (y)

[5/29/16, 11:21:59 AM] Hunter Goodrich: Our Hail Mary hope turned us down.

[5/29/16, 11:22:55 AM] Fritz Kramer: now we are dependent on the other one?

[5/29/16, 11:24:07 AM] Fritz Kramer: any way to turn it around?

[5/29/16, 11:25:21 AM] Hunter Goodrich: Call – no answer

[5/29/16, 11:27:15 AM] Hunter Goodrich: Call – no answer

[5/29/16, 2:23:57 PM] Hunter Goodrich: Reply two was No. I'm trying a last ditch option now.

[5/29/16, 3:26:23 PM] Fritz Kramer: HERB, IF YOUR LAST DITCH EFFORT DOES NOT REACH THE FULL 6000 GO AHEAD AND DO THE MAXIMUM MAXIUM POSSIBLE.  I may have 1000.  But regardless go with the very very maximum possible.

[5/29/16, 3:40:59 PM] Fritz Kramer: Herb, go to the extreme to mobilize the 6000 or as high as possible. You know that in as little as 15 hours from now we will have $1M available in cash and rectify all there is to rectify.

[5/29/16, 3:58:16 PM] Hunter Goodrich: Two more requests out. Getting cash may be a problem but both are good prospects

[5/29/16, 3:59:42 PM] Fritz Kramer: good...we will overcome the cash issue...  you know what you are doing...power to you.

[5/29/16, 4:02:22 PM] Fritz Kramer: if you are successful with beyond 6000, of course lets go with it. (Again, I don't need to tell you...you know what you are doing)

[5/29/16, 5:36:22 PM] Fritz Kramer: Let me know of any and all partial results. Wayne and Jean on alert.

[5/29/16, 6:50:31 PM] Hunter Goodrich: No replies yet but at least nobody has said No

[5/29/16, 7:25:03 PM] Hunter Goodrich: Call – no answer

[5/29/16, 7:25:46 PM] Hunter Goodrich: Call – no answer

[5/29/16, 7:33:53 PM] Hunter Goodrich: Still no replies despite contacting twice. Once by Stef and once by me. To both the husband and the wife

[5/29/16, 7:35:55 PM] Fritz Kramer: Are they there?

[5/29/16, 7:36:11 PM] Fritz Kramer: Herb, are they there?  In the first place?

[5/29/16, 7:36:56 PM] Fritz Kramer: Are they there?

[5/29/16, 7:38:20 PM] Fritz Kramer: What makes you think they are a possibility?

[5/29/16, 7:40:43 PM] Hunter Goodrich: I forgot one more I sent a message to. I'm pretty sure they are. I saw them at the Yacht Club last night. One may have been in Indianapolis for the 599

[5/29/16, 7:41:03 PM] Hunter Goodrich: 500

[5/29/16, 7:42:53 PM] Hunter Goodrich: They may still reply but it is 7:41 so each minute makes it less likely. They are not feeling the immediacy as you suggested this morning

[5/29/16, 7:44:31 PM] Fritz Kramer: did you say there are TWO outstanding replies?  and the one you refer to is a husband and wife?

[5/29/16, 7:45:29 PM] Fritz Kramer: and you don't have a first reply from either one yet?

[5/29/16, 7:47:16 PM] Fritz Kramer: nothing?  please do tell me...  nothing yet?  but two requests out, but no response yet?

[5/29/16, 7:47:43 PM] Fritz Kramer: please tell me, urgently

[5/29/16, 8:00:26 PM] Fritz Kramer: Herb, please .. tell me more now...  I need to inform wayne, jean...

[5/29/16, 8:01:29 PM] Fritz Kramer: are there two outstanding?  two different one?  neither one has replied?

[5/29/16, 8:02:01 PM] Fritz Kramer: is the bank open for a while on Monday?

[5/29/16, 8:03:44 PM] Fritz Kramer: Herb?  please inform me....  are you there?

[5/29/16, 8:32:21 PM] Fritz Kramer: Herb, please update me....need to see what to say to Wayne---to Jean.... need to have best information for Monday your Monday.

[5/29/16, 9:01:51 PM] Fritz Kramer: Herb, are you there?

[5/29/16, 9:02:08 PM] Hunter Goodrich: Call – no answer

[5/29/16, 9:02:51 PM] Fritz Kramer: Herb, I have Wayne and Jean waiting.... are you there?

[5/29/16, 9:04:57 PM] Hunter Goodrich: Hi, there are three requests out there. None has replied yes or no. Sending money will be OK on Monday but getting cash to send if anyone replies will be tough. No banks are open on Monday.

[5/29/16, 9:05:56 PM] Hunter Goodrich: If they happen to have cash to hand off, that would be great but first somebody has to say yes.

[5/29/16, 9:06:50 PM] Hunter Goodrich: All these people can afford it.

[5/29/16, 9:07:10 PM] Fritz Kramer: but they all may be away????

[5/29/16, 9:07:43 PM] Hunter Goodrich: Possible but they all have email and massaging

32

[5/29/16, 9:07:49 PM] Fritz Kramer: and they will not understand the urgency?  why should they?

[5/29/16, 9:08:29 PM] Fritz Kramer: does Wells Fargo not have an opening time slot on Monday as they did on Sunday?

[5/29/16, 9:09:08 PM] Hunter Goodrich: Exactly, even though I pressed that I needed it now, they gave no obligation to jump through hoops.

No, they are closed on the holiday.

[5/29/16, 9:10:30 PM] Hunter Goodrich: They gave ATMS working if course but pulling that much out at one time is unlikely. I know one of the guys banks at a small local bank.

[5/29/16, 9:11:01 PM] Hunter Goodrich: Wells Fargo is found most everywhere

[5/29/16, 9:12:06 PM] Fritz Kramer: and all banks have a 24 hour customer service....and the account holder can call and ask for the "release" of so-and-so much so that that amount can be pulled out of ATM.  Correct?

[5/29/16, 9:12:58 PM] Fritz Kramer: Is there anything you can still get accomplished tonight? or are you dependent on them respond at their own time?

[5/29/16, 9:13:18 PM] Hunter Goodrich: I don't think so but I've never tried. And if they deposit a check they will hold it for 24 hours.

[5/29/16, 9:14:22 PM] Hunter Goodrich: At this point and time, I suspect it is over for tonight.

[5/29/16, 9:15:26 PM] Hunter Goodrich: Did you find an additional $1000?

[5/29/16, 9:16:54 PM] Fritz Kramer: yes but very iffy.... it is in Switzerland.  But cant send by Western Union or MonehGram.

[5/29/16, 9:17:17 PM] Fritz Kramer: but will fight for it... and if ok then you need to go ahead with 5000.

[5/29/16, 9:17:29 PM] Hunter Goodrich: Nuts

[5/29/16, 9:17:57 PM] Hunter Goodrich: I'll go for the most I can get

[5/29/16, 9:18:43 PM] Fritz Kramer: WITH THE ABSOLUT GREATEST SENSE OF URGENCY---YES YESSSSSSSSSSSSSSSSSS   WE ARE WAY WAY WAY LATE...

[5/29/16, 9:19:06 PM] Hunter Goodrich: I know

[5/29/16, 9:19:47 PM] Hunter Goodrich: Good luck with Wayne and Jean

[5/29/16, 9:20:26 PM] Fritz Kramer: well, Jean is at a loss..... no insurance money today is deadly.

[5/29/16, 9:21:32 PM] Hunter Goodrich: I understand.

[5/30/16, 6:52:26 AM] Fritz Kramer: Herb, lets compare notes first thing in your morning.

Please go on Skype as early as you can.

Thanks

[5/30/16, 7:20:40 AM] Fritz Kramer: tell me when you are there.

[5/30/16, 8:58:44 AM] Hunter Goodrich: I am here

[5/30/16, 8:59:32 AM] Fritz Kramer: Good morning.

[5/30/16, 9:01:00 AM] Hunter Goodrich: Hi

33

[5/30/16, 9:01:15 AM] Fritz Kramer: Jean Paul is there in Kisangani... hoping and trusting that money to Kisangani will come through today.  EVERYBODY is watching him..and ready to pounce on him.

[5/30/16, 9:02:00 AM] Hunter Goodrich: But currently he. Is safe?

[5/30/16, 9:02:57 AM] Fritz Kramer: Yes, for the immediate time being.  He does not know if they will take steps because there is no insurance coverage now..  But at least Jean is nearby and can observe and act if needed.

[5/30/16, 9:04:12 AM] Fritz Kramer: Herb, I was kinda slow last night... so am not sure if you said that there are two independent contacts that you are waiting for.  Or is it one contact, but husband and wife?

[5/30/16, 9:05:43 AM] Hunter Goodrich: Three contacts. One couple, on e venture capitalist, one housing developer.

[5/30/16, 9:06:06 AM] Fritz Kramer: wow... that sounds reassuring.

[5/30/16, 9:06:47 AM] Hunter Goodrich: But unpredictable

[5/30/16, 9:07:36 AM] Fritz Kramer: about the Holywood lady: in the end she could not/would not help I guess.  Is that final

[5/30/16, 9:09:11 AM] Hunter Goodrich: She was never able to help but she had a friend who might have. In the end, the friend was not interested.

[5/30/16, 9:11:03 AM] Fritz Kramer: did Stephn ever get to negotiate with the gem buyer?

[5/30/16, 9:12:46 AM] Hunter Goodrich: No, he never received a call.he probably has been out of town.

[5/30/16, 9:13:49 AM] Fritz Kramer: he might be back today...who knows.... what be great. What is your gut feeling about the real value of the gem...that is, how much should one really get for it?

[5/30/16, 9:14:56 AM] Hunter Goodrich: At the most, $12,000-$13000

[5/30/16, 9:15:58 AM] Hunter Goodrich: And that would be from a wearer, not a jeweler

[5/30/16, 9:16:03 AM] Fritz Kramer: I leave it now in your hands....

[5/30/16, 9:16:22 AM] Hunter Goodrich: I'm going to hop in the shower

[5/30/16, 9:16:29 AM] Fritz Kramer: ciao

34

EXHIBIT 3

July 9, 2016

REFERENCE:  United States of America vs. Fritz Kramer

To Whom It May Concern:

In May of 2009, a friend, Barbara Kent, approached me about a possible investment I may want to make along with her with someone she had dealt with before in a successful venture.  With her assurance that this person, Fritz Kramer, was someone she knew and with whom she had previously invested, I decided to invest as well.

I was a 61 year old retired woman looking for a way to earn some money to help me in my retirement years.  In the past 7 years, I have invested approximately $355,500.00 of my own money - $250,000 from my equity line on my home and the rest from my 403B tax shelter accounts. Although I do have a retirement income, it isn't nearly what I was earning as a school principal prior to retirement.  I find that I'm living paycheck to paycheck and can't seem to put a dent in my equity line since I've only been able to pay the interest.  In 2017, that will revert to principal and interest at which time I will have to sell my home or refinance the whole amount. The worst part is when I feel stressed and get heart palpitations as I think of my stupidity in allowing this to go on for so long.

My two sons learned about my investment and tried to convince me it was a scam.  They are very concerned how this is going to affect my whole family and them in particular if they have to take financial responsibility for me if I'm unable to care for myself. The e-mails I received from Fritz throughout the years made me feel desperate to help save the shipments and all the investors.  I had put so much of my money into the project, with promises of "this is all we need, and you'll get your money back in two weeks, etc.," that I thought I had to try.  My gut told me it was a scam, and I wrote as much to my colleagues and to Fritz Kramer. I made a bad decision to invest and feel incredibly foolish for continuing even though I never got any money in return.  Please note an itemization of my investments from May 2009 to the present.

I have no doubt this was a scam and hope we will have some resolution and possible restitution in the near future so we can get on with our lives. Thank you for taking on this case.


Cheryl Spetrino




Attachment: Record of Spetrino's investments

CHERYL A. SPETRINO:  INVESTMENTS AND AGREED RETURNS
REFERENCE HIGH VALUE MINERALS PROJECT MANAGED BY FRITZ KRAMER

| Date | Investment | Comments |
|---|---|---|
| 12-May-09 | $20,000.00 | Transport from Tanzania to Switzerland. BK an I both put in $20K |
| 17-Jun-09 | 30,000.00 | Complete transport to Switzerland |
| 28-May-10 | 6,500.00 | Complete transport to Switzerland from Republic of Congo |
| 31-Dec-10 | 1,000.00 | Provide transportation and lodging in Switzerland for Fritz |
| 8-Jun-11 | 5,000.00 | Obtain Kimberley Certificate for diamonds -  * Also 3 kt. Diamond |
| 20-Nov-12 | 2,000.00 | Financing Metal Clearance Certificate |
| 27-Nov-12 | 2,000.00 | Additional financing metal clearance certificate |
| 23-Jun-13 | 1,000.00 | Pay for metal release DRC |
| 24-Jul-13 | 4,000.00 | Pay for metal release Zimbabwe |
| 26-Jul-13 | 1,000.00 | Hold airplane for large shipment export next week |
| 27-Jul-13 | 4,500.00 | $8000 short of $20000  to pay Ministry for release - BK $4000/CS $4500 |
| 2-Aug-13 | 6,000.00 | Pay for airplane to stay additional week |
| 5-Aug-13 | 10,000.00 | Pay to tax ministry for ext. to 8/15 |
| 5-Aug-13 | 20,240.00 | Repay Kent ($14,000) and Elio ($6,240) tax ministry |
| 12-Sep-13 | 800.00 | $800 of $2000 needed to keep big shipment in DRC |
| 13-Sep-13 | 1,200.00 | $1200 of $2000 needed to keep big shipment in DRC |
| 3-Oct-13 | 1,000.00 | to Dennis Wong for fee for transactional  loan |
| 10-Oct-13 | 150.00 | Food for Zimbabwe - Francis, Franco and Chisebu |
| 19-Oct-13 | 2,000.00 | Insurance for Loan |
| 5-Nov-13 | 965.00 | Get 25kg out of storage at Johannesburg |
| 15-Nov-13 | 587.50 | 25 Kg transfer from Johannesburg to Zurich |
| 23-Nov-13 | 50.00 | Food money for Jean Paul |
| 3-Dec-13 | 1,060.00 | Final payment to get 30Kg out of Ethiopia |
| 7-Dec-13 | 1,000.00 | Loan payment to London - Fritz promised $10,000 when loan funds |
| 13-Dec-13 | 800.00 | Final loan payment to London due on 12/15 |
| 26-Dec-13 | 500.00 | Hold airplane for large shipment export |
| 27-Dec-13 | 500.00 | 30 kg for shipment |
| 3-Jan-14 | 1,000.00 | Pay to tax ministry for ext. to 1/8/14 DAR |
| 4-Jan-14 | 950.00 | Pay for part of Chisebu's airfare from DAR to Addis (RT) |
| 8-Jan-14 | 900.00 | Pay for storage - 25 kg. |
| 10-Jan-14 | 1,000.00 | Pay for Big Shipment to keep in DRC |
| 11-Jan-14 | 1,000.00 | Pay $500 towards keeping DRC/$500 for food and lodging JP |
| 13-Jan-14 | 515.00 | Pay $500 of $2500 still needed for 25kg Tax form/transfer |
| 17-Jan-14 | 8,785.00 | Pay to JP to hold Big Shipment in DRC |
| 21,22 Jan-14 | 2,500.00 | Pay to Francis for Refinery to give paperwork for 30 KG |
| 14-Feb-14 | 500.00 | Towards $600 to pay for plane to hold big shipment until 2/28/14 |
| 17-Mar-14 | 1,000.00 | Pay Francis to acquire loan to ship 30kg |
| 2-Apr-14 | 1,050.00 | Pay JP for expenses (lumberyard loan) |
| 18-Apr-14 | 1,060.00 | Help with  transport/30 kg insurance |
| 30-Apr-14 | 1,000.00 | $1000 towards $10,000 needed to update metal certificate 25kg |
| 21-May-14 | 1,650.00 | Change 25kg ownership from miners to Elio |
| 23-May-14 | 2,000.00 | Jean Paul to meet w/ possible lender |
| 28-May-14 | 2,000.00 | Pay towards $6500 needed for 2nd document for 25 kg, |
| 6-Jun-14 | 1,000.00 | 25kg insurance documentation in Elio's name |
| 7-Jul-14 | 1,000.00 | Jean Paul airplane insurance |
| 12-Jul-14 | 5,000.00 | Pay towards $20,000 DRC release 400 kg gold from big shipment |

CHERYL A. SPETRINO:  INVESTMENTS AND AGREED RETURNS
REFERENCE HIGH VALUE MINERALS PROJECT MANAGED BY FRITZ KRAMER

| | | |
|---|---|---|
| 31-Jul-14 | 1,060.00 | Pay towards Chisebu project with 30 k from Tanzania to Dar |
| 8-Aug-14 | 1,030.00 | 3 month extension of ownership docs for Congo big shipment |
| 7-Aug-14 | 400.00 | 3 month extension of ownership docs for Congo big shipment |
| 19-Aug-14 | 1,540.00 | Pay for J.P.' s brother to negotiate with lumber boss |
| 30-Aug-14 | 2,152.00 | Pay for Dennis airfare to Johannesburg to take $ for insurance |
| 30-Aug-14 | 7,200.00 | Pay additional insurance for 30 kg stuck in Johannesburg TNT |
| 18-Sep-14 | 2,100.00 | Pay $2000/$4000 needed to pay storage for 25K |
| 25-Sep-14 | 760.00 | Pay Swiss Air to contain goods for shipment to Zurich |
| 10-Oct-14 | 1,630.00 | Fritz Miscellaneous on my USAA MC through October 21 |
| 10-Oct-14 | 3,080.00 | hold airplane in DRC |
| 17-Oct-14 | 6,200.00 | Finish paying for metal certificate for 30Kg in Johannesburg |
| 20-Oct-14 | 20,000.00 | Money transfer to Congo to meet deadline $200,000 bonus+10X |
| 22-Oct-14 | 50,000.00 | Money transfer to Congo to meet deadline $200,000 bonus+10X |
| 30-Oct-14 | 4,160.00 | Money to Kolonzo for 30K shipment to Zurich |
| 3-Nov-14 | 2,560.00 | Money to Kolonzo for 30K shipment to Zurich |
| 4-Nov-14 | 1,040.00 | Money to Kolonzo for 30K shipment to Zurich |
| 10-Nov-14 | 11,000.00 | Money to miners for 25kg, ship to Zurich $200,000 bonus |
| 15-Nov-14 | 700.00 | Money to miners to pay storage fees for 25 kg. |
| 15-Nov-14 | 10,000.00 | Credit card use for Fritz |
| 25-Nov-14 | 5,700.00 | Insurance for 30kg in Johannesburg $200,000 bonus |
| 28-Nov-14 | 620.00 | Pay for Franco's expenses in Johannesburg through Tuesday flight |
| 1-Dec-14 | 3,500.00 | Pay for shipping of 30kg - left on 12/2/14 for Zurich (Elio) |
| 1-Dec-14 | 220.00 | Pay more for Franco's expenses |
| 11-Dec-14 | 1,020.00 | Pay towards 25 kg to go out and pay miners |
| 13-Dec-14 | 2,000.00 | Pay toward big shipment downpayment of $15,000 +$10,000 Eur |
| | | Bonus: When/if 400kg go out, $500,0000, big $2,000,00.00 |
| Dec 15, 19, 2014 | 1,040.00 | Pay taxes to Congo for 25kg. |
| 29-Dec-14 | 1,220.00 | Pay for United Nations Certificate - cost $12,000 |
| 31-Dec-14 | 620.00 | Pay  1/2 for shipping transport of 30kg to leave Hong Kong |
| 2-Jan-15 | 3,080.00 | Customs cost for Mahel to ship from Hong Kong to Elio |
| 5-Jan-15 | 1,600.00 | Help pay for metal certificate for 25kg |
| 8-Jan-15 | 1,540.00 | Help pay for storage for 25kg. |
| 15-Jan-15 | 2,820.00 | Reimburse Mahel for customs fees paid to Zurich for 30kg |
| 22,23, Jan - 15 | 1,460.00 | Airplane insurance and hold $520 + $940 |
| 2-Feb-15 | 600.00 | Miscellaneous to help Jean Paul and his brother |
| 11-Feb-15 | 500.00 | Help pay for registration of 30kg, Extra $7700 needed |
| 17-Feb-15 | 1,000.00 | Living expenses for Fritz |
| 26-Feb-15 | 3,900.00 | Congo Tax Ministry fronted for Marc B but he reneged |
| 23-Mar-15 | 3,000.00 | Hospitalization for JP |
| 12-Apr-15 | 6,500.00 | Transportation and Skype Expenses fo Fritz Dec. - April |
| 17-Apr-15 | 4,080.00 | Part of $35,000 to Congo Tax Ministry |
| 28-Apr-15 | 4,080.00 | Part of $15,000 owed to Zimbabwe Tax Ministry - 30 kg |
| 27-Jul-15 | 2,670.00 | Pay taxes to Congo for Big Shipment |
| 30-Aug-15 | 1,500.00 | MG to Tanzania to pay JP to Fish Producer - covered earlier one |
| 31-Oct-15 | 2,335.00 | 24 hr. loan payoff (treasury) - to be reimbursed by Russian 11/6/15 |
| Dec 31 2015 | 2,300.00 | Skype  Charges on Amex for Fritz in 2015 |
| Total end 2015 | 343,279.50 | |

CHERYL A. SPETRINO:  INVESTMENTS AND AGREED RETURNS

REFERENCE HIGH VALUE MINERALS PROJECT MANAGED BY FRITZ KRAMER

| | | |
|---|---|---|
| 13-Apr-16 | 2,250.00 | Kimberley Cetificate for 30Kg  gold plus $20,000 bonus |
| 27-Apr-16 | 3,750.00 | FK passport certification from Botswana |
| 30-Apr-16 | 435.00 | JP medicine for blood disease and hospitalization |
| 9-May-16 | 1,000.00 | Pay half amt. to extend export license in Congo plus $5000 bonus |
| 11-May-16 | 4,850.00 | Pay partial for Bill of Lading from Botswana plus $25,000 |
| 13-May-16 | 4,000.00 | Pay ministry export license extension |
| 25-Jun-16 | 400.00 | Storage for Big Shipment |
| | | |
| Total - final | 355,460.00 | |
| | | |
| | | |

# EXHIBIT 4

Dear Judge,

I was involved to invest in Fritz Kramer's project back in August of 2012.   It started to be a short term loan with great returns in 5-7 days.   Then days quickly turned into weeks,  weeks turned into months and months turned into years.   After about a year and about $200,000 invested from my family's savings, I gave up in this investment knowing that Fritz was trying to scam others with his method of pressuring existing investors to invest more money or to face the worst possibility… lost everything you've invested thus far.   This type of scheme took a toll on many people for many years (10+ years) and included myself for about a year.   I was devastated to learn that I may not see my investment back.   That is ALL the money I have saved for my family for the last 15 years working and paid taxes on them.  They are intended for my children's college tuition that I was planning to invest in real estate to get a descent returns.

After a year of psychological and emotional ups and downs of nearly finishing the project and one more push to get all your money back, I have decided with 70% certainly that Fritz deal was a scam and tried to warn others but to no avail.  Others were so much invested in this deal that they could not face the reality that this was a scam so they continued on.    Fritz never paid a penny back to any investors in the past 10+ years.  He has been in hidings for the past 8 years because because once I get to know other past investors who has invested in a total of $20-40 million dollars from the same scheme dated all the way back to 2008

Fritz Kramer should never be allowed on a bail, he has been running from the law for over 8 years and has nothing to lose to run away.


Here are all the proofs of transaction of past investors that I've get in touched with dated since 2008.  File size: 110MB zip file.
https://www.amazon.com/clouddrive/share/iNkbUYiF46JhB4wuHd7qG00nP0FYqregtFWjrOYI Kap?ref_=cd_ph_share_link_copy


Sincerely,

--
Widodo Krisman

# EXHIBIT 5

Dear Mr. Matulich,

I want to thank you for catching Fritz Kramer.
He is a liar, thief, and Fraudster.

 Everything you hear about Kramer from other people is true. He needs to be locked up forever.

I am invested $250 K with him 7 years ago and nothing has come of this at all. The loss of this money has brought tremendous financial and emotional hardship on me and my family.

Of course, it's my own fault for investing with this crook.
But I also know he has defrauded many other people, and caused much hardship also.

One person, Dennis Wong, died recently a pauper,  because of his involvement with Kramer.

Please let me know what I can do to help you out in this case.

Thanks again for your efforts. I was given your email address by Robin Crest and Widodo.

Best Regards,

Bruce Elliott

EXHIBIT 6

Dear Mark:

We have been hustled by Mr. Kramer for $10,000 dollars! He and Robin Crest signed a promissory note for the monies and money was wired to Robin Crest to be used to pay for the last fee/ permit  to move a shipment of gold and diamonds. That wire was done it seems three plus years ago. We were assured that we would be repaid within 6 weeks! There was always another story of why additional monies were needed to complete the deal, we only had those funds and would not/could not send any additional funds when asked.

We believe Mr. Kramer is a huge flight risk and needs to be held without bail until he can be brought to court and face a Judge for his crimes!


JB Banning, President
Money in the Bank, Inc.