STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
varell_fuller@fd.org

Counsel for Defendant KRAMER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>FRITZ KRAMER,<br>Defendants. | No. CR 16-00322-EJD (HRL)<br><br>[PROPOSED] ORDER AUTHORIZING DR. JOHN CHAMBERLAIN TO ENTER SANTA CLARA MAIN JAIL FOR PURPOSE OF PSYCHOLOGICAL EVALUATION |

[Proposed] **ORDER**

GOOD CAUSE APPEARING, upon request of defendant Fritz Kramer, by and through counsel, IT IS HEREBY ORDERED that John Chamberlain, M.D., shall be permitted to have contact visits at the Santa Clara County Main Jail with Mr. Fritz Kramer, booking number 16026896. IT IS FURTHER ORDERED that Dr. Chamberlain is authorized to bring Stimulus books, answer sheets, notepads and pen or pencils into the jail for the purpose of conducting a psychological evaluation and taking notes during the interview.

IT IS SO ORDERED.

Dated: 9/7/16

THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge