UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FRITZ KRAMER,<br><br>  Defendant. | Case No. 16-cr-00322 EJD (NC)<br><br>ORDER RE: MOTIONS TO QUASH RULE 17 SUBPOENA TO CALIFORNIA DEPARTMENT OF BUSINESS OVERSIGHT<br><br>Re: ECF 53, 58 |

In consideration of the status report (ECF 66) filed yesterday by defendant Kramer indicating that he would be withdrawing the subpoena to the California Department of Business Oversight, the motions to quash (ECF 53, 58) that subpoena are denied as moot. The subpoena issued October 27, 2017, to the California DBO is terminated.

Kramer is permitted leave to propose a revised subpoena to the DBO by January 3, 2018. But under Federal Rule of Criminal Procedure 17(c)(3), a subpoena to a third party requiring personal or confidential information about a crime victim may be served only upon court order. Before entering an order and unless there are exceptional circumstances, the Court "must require giving notice to the victim." Fed. R. Crim. P. 17(c). It is therefore ordered that the defense must provide advance notice to the government so that crime victims might object, quash, or seek to modify the proposed subpoena.

Case No. 16-cr-00322 EJD (NC)

The hearing on the DBO subpoena is taken off calendar for December 20. The Rule 15 deposition dispute remains on calendar.

IT IS SO ORDERED.

Date: December 19, 2017

                                                  Nathanael M. Cousins
                                                  United States Magistrate Judge