# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>FRITZ KRAMER,<br><br>    Defendant. | Case No. 16-cr-00322 EJD (NC)<br><br>ORDER RE: REQUEST FOR RULE 17 SUBPOENA<br><br>Re: ECF 56 |

Defendant Kramer's motion for court approval of a Rule 17(c) subpoena to Google is DENIED without prejudice for lack of good cause shown. As submitted, the subpoena is a "fishing expedition" that fails to specify the documents sought. *See generally United States v. Nixon*, 418 U.S. 683 (1974). In particular, the request for "any confidential reports, files or documents relating to or connected to the account" is overly broad. And secondly, the request to search places such as "location history" and "calendars" for information, without more specific direction, makes the request unfairly complicated to respond to by a third party witness.

IT IS SO ORDERED.

Date: December 22, 2017

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 16-cr-00322 EJD (NC)