1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CABN 161299)
   MAIA T. PEREZ (MABN 672328)
5  Assistant United States Attorneys

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5045
       FAX: (408) 4535-5066
8      Email: jeff.nedrow@usdoj.gov

9  Attorneys for United States of America

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,           | CASE NO. CR 16-00322-EJD
14 |     Plaintiff,                      | THE PARTIES' JOINT
   |                                     | STATEMENT OF THE CASE
15 |   v.                                |
   |                                     | Court: Hon. Edward J. Davila
16 | FRITZ KRAMER,                       |
17 |     Defendant.                      |

21     Having met and conferred, the parties hereby stipulate to the attached statement of the case.

22 DATED: January 24, 2019              Respectfully submitted,

23                                      DAVID L. ANDERSON
                                        United States Attorney
24                                      /s/
25                                      JEFFREY D. NEDROW
                                        MAIA T. PEREZ
26                                      Assistant United States Attorneys

27                                      /s/
28                                      DANIEL L. BARTON
                                        Attorney for Defendant Fritz Kramer

NO. CR 16-00322-EJD
PARTIES' JOINT STATEMENT OF CASE          1

# STATEMENT OF THE CASE

Mr. Fritz Kramer, the defendant in this case, is charged with eleven counts of wire fraud, in violation of Title 18, United States Code, Section 1343, and one count of commodities fraud, in violation of 18 U.S.C. Section 1348.  The indictment alleges that between 2008 and 2016, Mr. Kramer participated in a fraudulent scheme in which he solicited funds from investors for the stated purpose of investing in a plan to export gold and diamonds from the Democratic Republic of the Congo, in Africa.  The indictment further alleges that Mr. Kramer told investors that they were investing in a quasi-philanthropic undertaking in which corrupt middlemen would be cut out of the gold and diamond export process, providing greater profits to miners in the DRC.  The indictment alleges that Mr. Kramer promised investors high rates of returns for short-term investments.  The indictment further alleges that over a period of years, Mr. Kramer repeatedly told investors that a variety of events had arisen which precluded delivery of the gold and diamonds.  The indictment further alleges that Mr. Kramer sent e-mails to investors which contained fake or altered documents as attachments, and that Mr. Kramer used these documents to persuade investors that the export project was legitimate, and to provide a basis for ongoing requests for additional investments.  The indictment further alleges that Kramer directed investors to send money via Western Union and MoneyGram to financial institutions in Tanzania, South Africa, Zambia, and Zimbabwe in furtherance of the scheme.  According to the indictment, investors sent at least $3-4 million at the direction of Mr. Kramer, and no investor realized any return on the money they invested in the project.  The indictment alleges that Mr. Kramer knew that the funds provided by investors were not being used to develop an actual gold and diamond export project, and that Mr. Kramer and his associates never intended to provide any return on the money that they obtained from investors.

Mr. Kramer denies these allegations and has entered a plea of not guilty.