UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff.<br>v.<br>FRITZ KRAMER,<br>Defendant. | Case No. CR 16-00322 EJD<br><br>**VERDICT FORM** |

## COUNT ONE

1. We, the Jury, unanimously find the defendant

GUILTY          NOT GUILTY

    X
_____      _____

(place an X on the appropriate line) of Wire Fraud, as to the e-mail sent from the e-mail account beginning f.kramer80439 to the e-mail accounts of R.C. and R.B. on July 21, 2011, in violation of Title 18, United States Code, Section 1343, as charged in Count One of the Superseding Indictment.

## COUNT TWO

2. We, the Jury, unanimously find the defendant

GUILTY          NOT GUILTY

    X
_____      _____

(place an X on the appropriate line) of Wire Fraud, as to the e-mail sent from the e-mail account beginning f.kramer80439 to the e-mail account of R.B. on August 16, 2011, in violation of Title 18, United States Code, Section 1343, as charged in Count Two of the Superseding Indictment.

## COUNT THREE

3. We, the Jury, unanimously find the defendant

GUILTY          NOT GUILTY

    X
_____      _____

(place an X on the appropriate line) of Wire Fraud, as to the e-mail sent from the e-mail account beginning f.kramer80439 to the e-mail account of R.B. on September 17, 2011, in violation of Title 18, United States Code, Section 1343, as charged in Count Three of the Superseding Indictment.

## COUNT FOUR

4. We, the Jury, unanimously find the defendant

    GUILTY        NOT GUILTY

      X

(place an X on the appropriate line) of Wire Fraud, as to the e-mail sent from the e-mail account beginning f.kramer80439 to the e-mail accounts of D.W., R.C., and others on November 24, 2011, in violation of Title 18, United States Code, Section 1343, as charged in Count Four of the Superseding Indictment.

## COUNT FIVE

5. We, the Jury, unanimously find the defendant

    GUILTY        NOT GUILTY

      X

(place an X on the appropriate line) of Wire Fraud, as to the wire transfer for $25,000 sent to the MZAKING I.T.L. account ending 3013 at CBALT in Tanzania on April 5, 2012 by J.L. from the Chase Checking Account ending in 1378, in violation of Title 18, United States Code, Section 1343, as charged in Count Five of the Superseding Indictment.

## COUNT SIX

6. We, the Jury, unanimously find the defendant

    GUILTY        NOT GUILTY

      X

(place an X on the appropriate line) of Wire Fraud, as to the wire transfer for $41,300 sent to the GIFLOPREM ENTERPRISES LTD. account ending 0009 at FBZL in Zambia on April 9, 2012 by J.L. from the Chase Checking Account ending in 1378, in violation of Title 18, United States Code, Section 1343, as charged in Count Six of the Superseding Indictment.

## COUNT SEVEN

7. We, the Jury, unanimously find the defendant

    GUILTY          NOT GUILTY

       X

(place an X on the appropriate line) of Wire Fraud, as to the wire transfer for $15,000 sent to the N.C. account ending 5700 at SCBZ in Zambia on October 4, 2012 by R.B. from the Chase Checking Account ending in 8969, in violation of Title 18, United States Code, Section 1343, as charged in Count Seven of the Superseding Indictment.

## COUNT EIGHT

8. We, the Jury, unanimously find the defendant

    GUILTY          NOT GUILTY

       X

(place an X on the appropriate line) of Wire Fraud, as to the wire transfer for $35,000 sent to the N.C. account ending 5700 at SCBZ in Zambia on October 11, 2012 by R.B. from the Chase Checking Account ending in 8969, in violation of Title 18, United States Code, Section 1343, as charged in Count Eight of the Superseding Indictment.

## COUNT NINE

9. We, the Jury, unanimously find the defendant

    GUILTY          NOT GUILTY

       X

(place an X on the appropriate line) of Wire Fraud, as to the wire transfer for $70,000 sent to the MZAKING I.T.L. account ending 0618 at UBA in Tanzania on November 1, 2012 by R.B. from the Chase Checking Account ending in 8969, in violation of Title 18, United States Code, Section 1343, as charged in Count Nine of the Superseding Indictment.

4

## COUNT TEN

10. We, the Jury, unanimously find the defendant

GUILTY      NOT GUILTY

__X__      _____

(place an X on the appropriate line) of Wire Fraud, as to the wire transfer for $32,000 sent to the MZAKING I.T.L. account ending 0618 at UBA in Tanzania on December 17, 2015 by H.G from the WFB debit account ending in 7113, in violation of Title 18, United States Code, Section 1343, as charged in Count Ten of the Superseding Indictment.

## COUNT ELEVEN

11. We, the Jury, unanimously find the defendant

GUILTY      NOT GUILTY

__X__      _____

(place an X on the appropriate line) of Wire Fraud, as to the wire transfer for $70,000 sent to the MZAKING I.T.L. account ending 0618 at UBA in Tanzania on January 4, 2016 by H.G. from the WFB debit account ending in 7113, in violation of Title 18, United States Code, Section 1343, as charged in Count Eleven of the Superseding Indictment.

## COUNT TWELVE

12. We, the Jury, unanimously find the defendant

GUILTY      NOT GUILTY

__X__      _____

(place an X on the appropriate line) of Commodities Fraud, from at least December 2008 through about July 2016, in violation of Title 18, United States Code, Section 1348 as charged in Count Twelve of the Superseding Indictment.

\*   \*   \*

When this form is completed, the jury foreperson should date and sign it and advise the Court that you have reached a verdict.

Dated: MAR-19-2019

_____
FOREPERSON