UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>  v.<br><br>FRITZ KRAMER,<br><br>        Defendant. | Case No. 16-cr-00322-EJD-1<br><br>**JURY NOTES DURING DELIBERATIONS** |

Please find attached Jury Notes Nos. 1 THROUGH 2 during the jury's deliberations.

DATED: 3/19/2019

Susan Y. Soong
Clerk, United States District Court

_____
Adriana M. Kratzmann, Deputy Clerk to the
Honorable EDWARD J. DAVILA

Case No.: 16-cr-00322-EJD-1
JURY NOTES DURING DELIBERATIONS

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:16-cr-00322-EJD
Case Title: USA v Fritz Kramer

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: 3-18-19

Time: 4:52 PM

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark]   (____)

or

(2.) The Jury has the following question:

We would like to ~~adjourn~~ recess for the day. When can we return?

DATE: 3-18-19

Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:16-cr-00322-EJD
Case Title: USA v Fritz Kramer

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: MAR-19-2019

Time: 1:08 PM

Note No. 2

1. The Jury has reached a unanimous verdict. [Please mark]   ( ✓ )

or

2. The Jury has the following question:

_____

_____

_____

_____

_____

_____

DATE: MAR-19-2019

Signature of Juror