UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRITZ KRAMER,

    Defendant.

Case No. 16-cr-00322-EJD-1

**ORDER RE REQUEST FOR TIME**

Re: Dkt. No. 419

Defendant Fritz Kramer filed a Motion for a New Trial Based on New Evidence, Dkt. No. 388, and a Motion for a New Trial Pursuant to Rule 33, Dkt. No. 418, both of which are scheduled to be heard on July 17, 2020. Regarding the hearing, Defendant has now filed a request (1) for time to make a three-part presentation totaling 140 minutes as to his Motion for a New Trial Based on New Evidence, and (2) that standby counsel Daniel Barton and/or Karen McConville be permitted to argue on his behalf as to his Motion for a New Trial Pursuant to Rule 33. Dkt. No. 419. The Government may respond to Defendant's request by **July 8, 2020.**

**IT IS SO ORDERED.**

Dated: July 1, 2020

EDWARD J. DAVILA
United States District Judge

Case No.: 16-cr-00322-EJD-1
ORDER RE REQUEST FOR TIME

1